IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN PROCTOR, ROBERT ALMON, TRAVIS FOOTE, MATTHEW LANEY, TECUMSEH MARTINEZ, BOBBY ASHLEY, AMANDA ELLETTE, LLOYD CONOVER, and KENNETH REINHART, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. CIV-07-654-M |
| vs. | ) | |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNT OF POTTAWATOMIE, POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, and ROD BOTTOMS , individually and as Director of the Pottawatomie County Public Safety Center Trust, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENT TO PLAINTIFFS' BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF POTTAWATOMIE.**

# EXHIBITS
## PART II

Cregg Webb, OBA #17366
Haselwood & Webb, P.C.
400 North Broadway
Shawnee, OK 74801
Telephone: (405) 273-2332
Facsimile: (405) 273-2334

Bill Roberson, OBA #7626
320 North Broadway
Shawnee, OK 74801
Telephone: (405) 273-0240
Facsimile: (405) 395-9520

March 27, 2009

ATTORNEYS FOR PLAINTIFFS

# EXHIBIT 3

# PCPSC Documentation, Use of Restraint Chair

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF
POTTAWATOMIE, CASE NO. CIV-07-654-M**

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 331 | Incident Type: | Disturbance |
|---|---|---|---|

| Officer In Charge | Sgt.Goodwill | Date | 5/9/2005 | Time | 9:30 |
|---|---|---|---|---|---|

### Inmates Involved

| FileId | Book # | Last Name | First Name |
|---|---|---|---|
| 3954 | 0 | proctor | steve |

### Officers Involved

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Goodwill | Jerry | S-3 | Sergeant |

### Report

At approxatmatly 09:30 I relived Officer Daniel from west satelite. Inmate Proctor was in the day room. He got on the intercom asking to talk to Commander Robinson about why he was put in P.C. and why he believes he should be allowed back into max. I told him that Commander Robinson was not in the area but when he came through I would let him know. Proctor then walked away going to the back of the pod (B-Pod) He came to the front with the mopwringer and began to beating it against one of the front windows shattering both the window and the mopwringer. I called to central control stating I need Commander Robinson to west satelite ASAP I am needing help. I was by myself and needed back up before entering. When I got no response I tried the radio when I got no response. Proctor had stoped beating on the glass and started toward the back of the pod and knocked off the box for doing sight checks. Daniels returned and not knowing where the tazers were or having more back I went looking for both toward central control after going around cental control and back seeing I.A. then on my way she said she would get some one to help out. I now saw more damage had been done by Proctor. Atthat time I saw Commander Robinson coming from the booking area with tazer in hand we entered the pod Proctor complyed and was put in the restraint chair in the medical area with further incident.

| Were Inmates taken to Hospital? | ☑ | How were Inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Division Notified? | ☐ |
|---|---|

| Inmates taken to hospital | |
|---|---|

| Reporting Officer | |
|---|---|

DDR 000043

# Pottawatomie County Public Safety Center
# Incident Report

| Incident Number | 328 | | Date | 5/10/2005 | Time | 22:45 |
|---|---|---|---|---|---|---|

| Officer in Charge | Brian /Manson |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 4366 | 7924 | Schoenecke | William |
| 3954 | 6287 | Proctor | Steve |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Manson | Brian | S4 | Sargeant |
| Hudlow | Charlie | D12 | Superviser |
| Davis | Hershel | D33 | Officer |

**Report**

On May 10,2005 at about 2125 hours, the fire alrm sounded throughout the facility. I ,Sargeant Manson was in booking area. After looking around booking area for signs of fire I went to West Housing Units. Water was running under the door out into the day room from cell E-2. Inmate Schoeneke had tampered with fire sprinklers causing a release of water. I summoned officer Hudlow into the area. Officers Hudlow Davis and I went into E housing unit and opened cell E-2 and removed inmate W. Schoeneke. The inmate was put into the "rubber room" in the booking area at Taser point. I asked Central Control to contact Maintenance Superviser Huesdens to get the water shut off.Water flooded the dayroom and ground floor cells. Water also flowedi into F unit under the fire door. At about 2/55 I was called to Medical area. I saw water starting to flow under the door from M-3. Inmate S. Proctor had tampered with fire sprinkler. Inmate was upset because officers were not able to provide him with a bible 45 seconds after he asked. Officers Hudlow Davis and I went in to extract inmate Proctor from medical section. Officers Hudlow and I used Tasers to subdue the inmate. The inmate was taken out of the cell. Belted and cuffed. The inmate continued to be unruley as we moved him to the Small Dirty Bull Pen in the booking area. He was tased as we moved into the area untill we were able to secure him to the bench in the bull pen. The inmate was cuffed by both wrists to the bench. All trustees were employed to clean up the water in Medical and E and F pods. All housing units were locked down at about 2140 hours.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | Brian Manson |
|---|---|

**Reporting Officer Signature**

PCPSCT Form 100

Tuesday, May 10, 2005

Page 1 of 1

DDR 000042



# POTTAWATOMIE COUNTY
# PUBLIC SAFETY CENTER
14209 HWY 177
Shawnee, OK 74804
Phone: 405-273-0043 Fax: 405-273-0446

Larry Briggs
Chairman

Rodney V Bottoms
Executive Director

10 May 2005

    On the date above at approximately 0930 hours, at the Pottawatomie County Public safety Center 14209 Hwy 177, Shawnee, Pottawatomie County, OK 74804 an incident occurred in the facility caused by Inmate Proctor, Steven W/M, D.O.B. 1-29-1974.

    Inmate Proctor, while cleaning B-pod in which he was being housed became violent. He was being housed in segregation and was allowed out of his cell to clean. He started breaking items of value that were part of the housing unit.

    Upon being paged to the housing area, I had seen the glass broken and various items in the floor. I went to retrieve a TASER to assist in removing inmate Proctor from the housing unit. After arriving back at the housing unit, Sergeants Jerry Goodwill and Jane Lee, Maintenance John Huesdens, Detention Officer Melissa Trosper Had inmate Proctor at the door of the pod facing away, on his knees, and legs crossed.

    I entered the pod with the TASER drawn and pointed at the inmate, and placed the inmate down face first to be restrained. He was then restrained and removed from the pod. He was taken to Medical and placed into the restraint chair for observation.

    I returned to the effected pod and reviewed the damage. The items were all damage beyond repair.

    The items broken beyond repair were Glass in the satellite area, video visitation, and the card readers for the computer sight checks.

Commander
Randall B. Robinson

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 335 | Incident Type: | Disturbance |
|---|---|---|---|

| Officer In Charge | Charlie Hudlow | Date | 5/14/2005 | Time | 17:30 |
|---|---|---|---|---|---|

**Inmates Involved**

**Officers Involved**

| FileId | Book # | Last Name | First Name |
|---|---|---|---|
| 1239 | 0 | martinez | tecumseh |

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| hudlow | charlie | 12 | supervisor |
| osse | melissa | 15 | officer |
| rushing | ralph | 17 | officer |
| steffans | Brandon | Lin-3 | Lt. |

**Report**

On 5-14-2005 at 1730 pm, I officer c Hudlow went to B-pod and stood there and observed inmate martinez. At cell 8 getting wet. He then stated that he broke the spigot on the fire sprinkler. I then radio back up which was officer Rushing I then placed the taser on Inmate martinez. And had him to lay on the ground, while officer rushing put hand cuffs on him. He then was taken to the padded cell room. Therre he made threats. Lt. Steffans and officer Cotterman, Officer rushing placed martinez in the chair.For further observation in the holding little bull pen. At 1845 pm, Approx 1900 pm inmate martinez was let out of the chair for a restroom break. Then approx. 2100pm for another restroom break. Inmate martinez refused to go back into the chair. Due to his back hurting he stated, Officer Rushing then cuffed his right hand. So that inmate martinez could lay down and stretch for a minute. At approx 2340 pm, I officer Hudlow and officer Rushing were trying to put inmate martinez in the chair. I officer Hudlow stated to have a seat it was time to be back in the chair. Inmate martinez at approx. 2345 pm got mad and tipped the restraint chair over on its side and would not comply. I then tased him. I then stated for inmate martinez to get up and comply. At approx 2348 pm. Officer trosper arrived on the scene. Inmate martinez was still wanting to fight. He then was tased at approx. 2351 pm. He then compiled officer trosper then grabbed his left arm placing it behind his back. Then  officer rushing released his right hand from the bench.He was placed in the restraint chair. Then secured in the chair. Shawnee police arrived from intake to assist. Officer Johnson then went for bandages. While officer Trosper removed the taser barbs. Then officer Johnson finished cleaning  Inmate martinez up. Lt. Steffans arrived on location to see if the situation was under control. End of report.

| Were Inmates taken to Hospital? | ☐ | How were inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

**Hospital Instructions**

**Jail Inspection Division Notified?** ☐

**Inmates taken to hospital**

**Reporting Officer**

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 339 | Incident Type: | | |
|---|---|---|---|---|
| Officer in Charge | Officer Hudlow | | Date 5/15/2005 | Time 12:33 |

**Inmates Involved**

| Fileld | Book # | Last Name | First Name |
|---|---|---|---|
| 0 | 0 | Martinez | Tecumseh |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Hudlow | Charlie | David 12 | DO |
| Rushing | Ralph | David 17 | DO |
| Johnson | Laura | BOY 3 | clerk |
| Heusdens | John | | |

**Report**

I, Operator Jeff Snyder received a 100ADAM call from booking clerk Laura Johnson at about 5:45 pm. Inmate Tecumseh Martinez had broken the fire sprinkler in the holding cell. The water was pouring in very heavily and flooded the booking area. At about 5:46 pm I called John Heusdens telling him the situation. I gave inmate laborer Randy Wade the key to shut off the water and I had Officer Rushing follow him outside where the device was located. The water was shut off at about 5:55 pm. At about 5:00 pm two Shawnee police officers and one hwy patrol officer arrived to assist our officers in pulling inmate Martinez out of the holding cell, three shawnee fire fighters also arrived due to the sprinkler being damaged. At about 6:00 pm the officers pulled Martinez out of the holding cell and put him in the paded cell. At about 6:10 pm John Heusdens arrived to help Randy Wade. At about 6:15 pm the officers put inmate Martinez in the restraint chair and put him in the dirty bullpen. At about 6:20 pm the police officers and fire dept left. At about 7:10 pm Superior arrived to fix the sprinklers they finished at about 7:45 pm. At about 8:00 pm Lt. Steffans arrived and put a adult diaper on inmate Martinez. They then moved him to the holding cell while still in the chair. Over the next several hours inmate laborers worked in the booking area to get the water out of the carpet. End Report.

| Were inmates taken to Hospital? | ☐ | How were inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Division Notified? | ☐ |
|---|---|

| Inmates taken to hospital | |
|---|---|

| Reporting Officer | |
|---|---|

Page 10

## POTTAWATOMIE COUNTY JAIL
## INCIDENT REPORT FORMS

| INVOLVED: | FILE # | NATURE OF INCIDENT: |
|---|---|---|
| Tecumseh  Martinez | | Destruction of Property |

HANDLING INCIDENT: Charlie Hudbow, Ralph Rushing

DATE: 5-15-05          WITNESSES: _____

ACTION TAKEN:

On 5-15-05 at about 1745 I officer Rushing was coming up west one and and I seen Booking clerk Johnson going to see what Martinez was doing in the little bull pin and by the time I officer Rushing got in to see what happened but Martinez had all ready busted the water sprinker off with his Dinner tray and water was gushing out of it in I officer Rushing ran back to get Hudbow in the 5st office and we both ran back to Booking and then I officer Rushing went and got trustee wade and went to cut off the water and when we got back to Booking and by then I got there two Shawnee officers were on the seen and the Plice Chief was to so me and hudbow where putting towes and blankets to hold back the water and after about 10 min the officers pulled Martinez out of the little bull pen and put him face first on the floor and hand cuffed him and put him in the Rubber room until we got the mess cleaned up and then after we got it cleaned up we slipped Martinez down and put the green gown on him and put him in the chair and set him in the Rubber bull pen for about 80 min and then Lt Stratten, Hudbow officer Sotter me and I Officer Rushing made him put a Diper so we

SENT TO HOSPITAL: YES_____ NO_____ BY AMBULANCE_____ DEPUTY_____

HOSPITAL:                              INMATES NAME:

DATE & TIME:                         DATE & TIME RETURNED:

CONDITION WHEN SENT:          HOSPITAL INSTRUCTIONS:

COMMENTS:_____

INSPECTION DIVISION NOTIFIED: YES_____ NO_____

DDR 000179

*JCLLJ*

## POTTAWATOMIE COUNTY JAIL
### INCIDENT REPORT FORMS

| INVOLVED: | FILE # | NATURE OF INCIDENT: |
|---|---|---|
| Tecumsed Martinez | | Destruction of Property |

HANDLING INCIDENT: *Charlie Hudlaw, Ralph Rushing*

DATE: *5-15-05*     WITNESSES: *Booking clerk Johnson*

ACTION TAKEN:
would not hate to mess with taking him out of the chair
for bathroom breaks so we left him in busy bull pen
for about an hour and then moved Martinez back to
the little bull pen and he he started hitting his lower
in side lip at 2130 and continued to do so until nurse
Josie got hear she gave Martinez a pill and a shot to calm
him down and he did, and that the end of my report

*Ralph Rushing*

SENT TO HOSPITAL: YES_____ NO_____ BY AMBULANCE_____ DEPUTY_____

HOSPITAL:      INMATES NAME:

DATE & TIME:      DATE & TIME RETURNED:

CONDITION WHEN SENT:      HOSPITAL INSTRUCTIONS:

COMMENTS:_____

INSPECTION DIVISION NOTIFIED:   YES_____ NO_____

DDR 000180

# Pottawatomie County Public Safety Center
# Incident Report

| Incident Number | 357 | | Date | 5/20/2005 | Time | 7:55 |
|---|---|---|---|---|---|---|

| Officer In Charge | VIVIAN LOZANO,  Shift Leader |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 1239 | 7960 | MARTINEZ | TECUMSE |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| TROSPER | MELISSA | D-20 | DENTENTIO |
| FRAIR | DEBBIE | A-2 | INTERNAL A |

**Report**

On the above date and approximate time, I, Officer Melissa L. Trosper, was working in booking and received a call from Debbie Frair, Internal Affairs Officer. She directed me to go into the dirtiy bullpen and to remove all property from the cell and to place Inmate Tecumseh Martinez in the restraint chair. She stated that he had stuck a styrofoam cup in the toilet and tried to flush it. I entered the bullpen and checked the toilet and found nothing in it. I did remove 2 styrofoam from the wall, 3 sheets of paper, 1 blanket and 1 napkin. The restraint chair was brought in, Inmate Martinez was ordered to sit in it and he complied.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | MELISSA L. TROSPER |
|---|---|

Reporting Officer Signature

DDR 000181

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 369 | Incident Type: | Misconduct |
|---|---|---|---|

| Officer In Charge | Commander Randall Robinson | Date | 5/23/2005 | Time | 8:30 |
|---|---|---|---|---|---|

**Inmates Involved**

| Fileld | Book # | Last Name | First Name |
|---|---|---|---|
| 39540 | 0 | Proctor | Steven |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Huesdens | John | maint | |
| Goodwill | Jerry | S-3 | Sgt. |
| Daniel | Johnnie | D-14 | |

**Report**

West Satellite Officer Johnnie Daniel called for Maintenance John Huesdens to E-pod. She said that Proctor E-pod, Cell-2, had broken his stool from the wall. I Commander Robinson started back to the affected area from the administration area to see what was wrong. I met Huesdens in the east corridor end we went to the pod together. Upon arrival, we met Sgt Jerry Goodwill at the pod door, we then proceded to go into the cell together. Inmate Proctor was sitting on his bunk and was complaining of his back side being scaped from falling . He said he was getting off the top bunk and jumped on the stool to the desk in the pod. The seat gave way and he fell to the floor scaping his back on the bottom bunk. We removed to seat from the cell and cleaned up the loose concrete. Inmate Proctor ws placed into the restraint chair upon orders of the director by Sgt. Jerry Goodwill.————————End of Report

| Were Inmates taken to Hospital? | ☐ | How were Inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Division Notified? | ☐ |
|---|---|

| Inmates taken to hospital | |
|---|---|

| Reporting Officer | Commander Randall Robinson |
|---|---|

DDR 000082

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 389 | | Date | 5/30/2005 | Time | 23:50 |
|---|---|---|---|---|---|---|

| Officer in Charge | Sgt. Brian Manson |
|---|---|

### Inmates Involved

| Field # | Book # | Last Name | First Name |
|---|---|---|---|
| 1239 | 7960 | Martinez | Tecumseh |
| 4357 | 8002 | Laney | Matthew |

### Officers Involved

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Manson | Brian | | Sgt. |
| Osse | Mellisa | | D.O. |
| Rushing | Ralph | | D.O. |
| Trosper | Mellisa | | D.O. |
| Hudlow | Charlie | | D.O. |
| Davis | Herschell | | D.O. |
| Cline | Ambrosia | #4 | C.C. |
| Snyder . | Jeff | #2 | C.C. |

### Report

At approximately 2350 the fire alarm sounded and I was informed that there had been a sprinkler broken in B pod.  John Heusdens and Director Bottoms were then notified of what was going on.  At approximately 2359 another sprinkler broken in the same pod.  We then proceeded to get the water main shut off outside and that was accomplished by Randy Wade and Officer Rushing.  Inmates were detained by Sgt. Manson, Hudlow, Davis and Trosper.  We called and borrowed a restraint chair from Carter Hall because we needed one more,  then  they were both placed in  restraint chairs.  They were rolled into the clean bullpin in booking area and then at about

| Inmates Taken to Hospital | |
|---|---|

| How were Inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | Cline and Snyder |
|---|---|

*Ambrosia Cline*
**Reporting Officer Signature**

PCPSCT Form 100

Tuesday, May 31, 2005

Page 1 of 1

DDR 000182

Incident # 389

Continued because it did not print all of it and I couldn't figure out how to pull it back up to print the rest.

They were rolled into the dirty bullpen in the booking area and then at about 0023 Director Bottoms arrived and went into the clean bullpen and had a conversation with the inmates. The officers then moved the two inmates Martinez and Laney to G Pod / West Satellite Recreation.

DDR 000183

POTTAWATOMIE COUNTY JAIL
INCIDENT REPORT FORMS

| INVOLVED: | FILE # | NATURE OF INCIDENT: APPX 2350 pm |
|---|---|---|
| martinez, Tecumseh | 1239 | |
| Laney, mAtthew | 4367 | Flooding of Cell |

HANDLING INCIDENT: C. Hudlow

DATE: 5-30-05    WITNESSES: Officer osse, DAvis

ACTION TAKEN:

On 5-30-05 APPX 2350 pm A CALL
CAme in to west SAtellite. That Inmate
mAtthew LAney BusTed his WATer SPrinkler
officer osse took over west SAtellite
Controls. I officer Hudlow And officer
DAvis went to B-pod DAYroom. I officer
Hudlow pulled the tAser out. Inmate
LAney stepped out of his Door At B-9
Cell block. I then told Inmate LAney
to get on the Ground. He Complied
and was Cuffed, then tAken to west
SAtellite. Then PlAced in the ChAir.
At 2359 pm Inmate Tecumseh mArtinez
CAlled in And stAted that his SPrinkler
Also hAD broken off the WAll. SGT
mAnson went in And held him At tAser
point on the Ground. While I officer
Hudlow Cuffed him. Inmate mArtinez
WAs then tAken to west SAtellite.
and placed in the ChAir. Both Inmates
were then housed in the Rec-Room
for observing. End of Report

SENT TO HOSPITAL:  YES_____  NO_____  BY AMBULANCE_____  DEPUTY_____

HOSPITAL:                                    INMATES NAME:

DATE & TIME:                              DATE & TIME RETURNED:

CONDITION WHEN SENT:              HOSPITAL INSTRUCTIONS:

COMMENTS:_____

INSPECTION DIVISION NOTIFIED:  YES ✓  NO_____

# Pottawatomie County Public Safety Center
# Incident Report

| Incident Number | 398 | | Date | 5/31/2005 | Time | 19:00 |
|---|---|---|---|---|---|---|

| Officer in Charge | B Manson |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 1239 | 0 | Martinez | Tecumseh |
| 4367 | | Laney | Matthew |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Manson | B | S4 | Sargeant |
| Hudlow | C | D12 | Superviser |

**Report**

On May 31,2005 Officer Hudlow and I, sargeant Manson went into the gym area of west satalite to reposition inmates Marinez and Laney who were in restraint chairs. The inmates had slid their chairs infront of the door to the gym. After repositioning them andreattaching the restraints inmate Martinez asked to go the the restroom. Officer hudlow and I put a belt with handcuffs and a chain on the inmate towalkhim into B Unit day room to use the batroom. Upon entering the batroom area Martinez layed down on the floor. The inmate was ordered to get up but didn't comply. I Pulled the inmate up off the floor in an attempt to stand him up. The inmate made it difficult by not cooperating. I had the inmate upright and moved him into the nearest wall in the area in an attempt to get him to stand. The inmate threw his head back towards me hitting me in the upper lip. I forcefully put the inmate back onto the ground. The inmate was ordered to stand and this time he complied. Martinez was taken back to the gym area. As I tried apply the leg restraints on the chair the inmate kicked his right foot out towards me causing a cut on my right thumb from the shackles. I was on my knees doing this. As Itried to move away from that action Martinez leaned forward with his head trying to butt me. I blocked his manuver by applying my right hand to the left side of his head sitting him back up. Again Martinez tried to butt me with his head as I stood up. I pulled the taser from my pocket and shot him with the cartridge attached. Two darts lodged in his chest and he was tased for one full cycle (5 sec). After the taser was used the inmate complied with myself and officer Hudlow in allowing us to get him properly restrained in the chair. End

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | B. MANSON |
|---|---|

**Reporting Officer Signature**

PCPSCT Form 100

Wednesday, June 01, 2005

Page 1 of 1

DDR 000186

## *POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER*
## *ADULT DETENTION FACILITIES*
### Supervisor's Check List
Date 6.2 o 5

Shift Supervisor _MANSON_

---

### Beginning Of Shift

Shift _2ND_

**Head Count/Welfare**
_____County _____City _____Total

_____ Facility Security Check/Inspection

_____ Master Board Correct W/ Count

Sgt. Log Sign & Reviewed _____

Perimeter Security Check _____

Notes: _MANSON DAVIS VANDENTSBRGUF, RUSHING @ HOSPITAL_
_____

---

### During Shift

**Head Count:**
_____County _____City _____Total (Beginning)
_____County _____City _____Total (Mid Shift)
_____County _____City 9 7 Total (End shift)

_1_ Number of Book Ins
_6_ Number of Book Outs
_____ Daily Court Calendar

Perimeter Security Check _____
Commissary Forms Passed Out _____

_____Grievances Rec'd/_____Answered
Sunday Night Audit _____

**Number of Inmates Transported:**
_1_ To _HOSP_ From _COUNT_ Facility

**Number of Inmates Transported to:**
_____Superior Court _____County _____Tribal

---

### Last Hour before End of Shift

_97_ Total Master Control Board Count

Booking Area/Pod Area's Cleaned up _____

Pod Log Checked/Signed, Stapled together w/ Supervisor's Check List and Turned in to Facility Commander _____

_____ Cash Drawer close out Total

Notes: _TASER 1 IN DBP INTOXICATED UNRULY, NO PROBLEMS_
_WITH MARTINEZ + LANCY, NO ORANGES_
_PROCTOR IN CHAIR_
_____

DDR 000013

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | | 407 | Incident Type: | Contrabend | | |
|---|---|---|---|---|---|---|

| Officer in Charge | B Manson | | | Date | 6/3/2005 | Time | 0:05 |
|---|---|---|---|---|---|---|---|

**Inmates Involved**      **Officers Involved**

| Field | Book # | Last Name | First Name | | Last Name | First Name | Badge # | Rank |
|---|---|---|---|---|---|---|---|---|
| 3954 | 0 | Proctor | Steven | | Manson | B | S4 | Sargeant | 1 |

**Report**

On June 3,2005 at about 00:05 hours I was in E unit to talk with in mate richard Black about his arm who resides in E 3. As I was about to leave the unit inmate steve Proctor asked to talk with me. As he talked he was waving his hands when I noticed a copper colered piece opf metal on his left index finger. I asked him where he got it. He said he had had it for some time. I replied that he didn't have it last night because he was searched with a metal detector when he was moved from E2 to E5. I asked for cell E5 to be opened to retrieve the colled piece of metal from the inmate. I then proceeded to search his cell when the inmate admitted tome that he had taken apart the flushing mechanism for the toilet and removed the spring. The inmate was not moved because there were no other places to put him at the time. At 02:15 hours Proctor was placed in the chair in the gym area of west satllite. I ordered a shake down of E5 to look for any other damages or contraband. End

| Were Inmates taken to Hospital? | ☐ | How were Inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | | |
|---|---|---|

Jail Inspection Division Notified?  ☐

| Inmates taken to hospital | |
|---|---|

| Reporting Officer | B Manson |
|---|---|

DDR 000084

 

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 444 | | Date | 6/16/2005 | Time | 15:30 |
|---|---|---|---|---|---|---|

| Officer In Charge | JERRY GOODWILL, Sgt |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 0 | 0 | ELLETTE | AMANDA |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| TROSPER | MELISSA | C-1 | CORPORAL |
| MCCLURE | TAWANA | B-1 | BOOKING C |

**Report**

On the above date and approximate time inmate Amanda Ellette was in the holding cell, standing at and beating on the door, cursing and calling Booking Clerk Tawana McClure a "fucking bitch slut". I told her not to call my people names like that and she replied, "I'll fuckin call anyone what I want, you fucking bitch." I told her that she would end up in the restraint chair, which she had been warned about several times during the day, and she said, "I ain't afraid of the stupid fucking chair." I told her she better be and to clean up her language or her butt would be in it. Again she cussed me and I told her, as soon as I got back she was going to the chair. A few minutes later, I pulled the restraint chair up to the holding cell and told her to get in it. She told me no that she did not have to and I couldn't fucking make her. She said there is a camera up there and it would prove that she was doing nothing wrong. I told her that she was disobeying an order and creating a disturbance, as she had been for a few hours previously. Again I told her to get in the chair and she refused. I went and got the TASER, reiterated my order and she again refused to comply. I pointed the TASER at her and told her to get in the chair or I would use it. She said go ahead, I ain't doing nothing. I told her one more ;time to get in the chair and she refused, so I deployed the TASER, hitting her in the chest and inside thigh. After the deployment I told her to get in the chair and she said, "can I at least take these out", pulling the barb from her shirt and sitting down in the restraint chair. "MARY 100" was called and the nurse answered, but said that her services weren't needed for this situation. I removed the lower barb from her pant leg. End of statement

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | MELISSA L. TROSPER |
|---|---|

*Melissa L. Trosper*

Reporting Officer Signature

PCPSCT Form 100

Thursday, June 16, 2005

Page 1 of 1

DDR 000017

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 452 | | Date | 6/19/2005 | Time | 17:30 |
|---|---|---|---|---|---|---|

| Officer in Charge | MELISSA OSSE, CORPORAL |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 1239 | 7960 | MARTINEZ | TECUMSE |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| OSSE | MELISSA | C-2 | CORPORAL |
| TROSPER | MELISSA | C-1 | CORPORAL |
| HUDLOW | CHARLIE | D-12 | DETENTION |
| RUSHING | RALPH | D-17 | DETENTION |

**Report**

On the above date and approximate time Inmate Tecumseh Martinez, file #1239, was screaming that he wanted another piece of bread, Corporal Melissa Osse told him that he was not going to get one. Inmate Martinez threw his dinner tray against the window in his cell door and continued to yell. Corporal Osse ordered that he be placed in the restraint chair. Officer Charlie Hudlow, Ralph Rushing and I, Corpoal Melissa Trosper went into his cell to get him. I had one taser with cartridge and Officer Rushing had one without. Officer Hudlow led us into the cell, ordered Martinez on his stomach on the floor with his hands behind him. Martinez complied, Officer Hudlow handcuffed him while I kept the taser aimed at his torso and finally Hudlow unchained his leg from the bed. Inmate Martinez was led from the room to the restraint chair and once secured in the chair he was placed in the west satellite rec room. Inmate Martinez was in the chair for approximately 3 hours, let out to relieve himself and with his promise to behave was returned to his cell.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

Jail Inspection Notified ☐

| Reporting Officer | MELISSA Z. TROSPER |
|---|---|

*Reporting Officer Signature*

CPL M. Osse
C. Hudlow

PCPSCT Form 100

Sunday, June 19, 2005

Page 1 of 1

DDR 000188

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 461 | | Date | 6/21/2005 | Time | 20:45 |
|---|---|---|---|---|---|---|

| Officer In Charge | Corporal Melissa K. Osse |
|---|---|

**Inmates Involved**

| FileId | Book # | Last Name | First Name |
|---|---|---|---|
| 3982 | 8155 | Reinhart | Kenneth |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Frair | Debbie | A2 | Internal Affair |
| Gosey | Rhonda | S1 | Sergeant |
| Johnson | Laura | B3 | Booking Cler |
| Hudlow | Charlie | D12 | Detention Off |
| Osse | Melissa | C2 | Corporal |
| Steffans | Amy | DOIL | Dir. Of Inmat |

**Report**

At approximately 2045 hours on Juned 21, 2005, I, Corporal Melissa Osse, was contacted by Director Rodney Bottoms about Inmate Kenneth Reinhart. Director Bottoms gave me a list of what was allowed and not allowed in Inmate Reinhart's cell when he was returned to the facility. Inmate Reinhart was being brought back by Pottawatomie Nation Police Chief Donnie Warren and one of his officers, after escaping earlier in the day. At approximately 2112 hours Inmate Reinhart was escorted in to the facility by both officers. Sergeant Rhonda Gosey and Corporal Osse were armed with taser guns in case the situation called for it. Officer Charlie Hudlow put the restraint belt on Inmate Reinhart. Inmate Reinhart's shoes and socks were then removed for inspection by Officer Hudlow. After the officers from Pottawatomie Nation left, Inmate Reinhart was escorted to the booking area shower by Officer Hudlow; Sergeant Gosey; Director of Inmate Labor, Amy Steffans; Internal Affairs Officer Debbie Frair and I. The four females waited outside the shower curtain while Officer Hudlow when in to the shower area to dress Inmate Reinhart out. When Officer Hudlow and Inmate Reinhart exited the shower area, Inmate Reinhart was dressed in a green suicidal gown with the restraint belt and some leg shackles secured on Inmate Reinhart. Inmate Reinhart asked to talk to Internal Affairs Frair. Inmate Reinhart was placed in the restraint chair and secured, then taken in to the womens' bullpen. Internal Affairs Frair was escorted by Sergeant Gosey and Corporal Osse. Internal Affairs Frair asked Inmate Reinhart some questions to which he answered. Inmate Reinhart then asked to speak to Internal Affairs Frair alone. Internal Affairs Frair talked to Inmate Reinhart for about ten minutes. She exited the bullpen to get a recorder from her office. When Internal Affairs Frair came back to the booking area she was called by Director Bottoms. Internal Affairs Frair said the Director said Shawnee Police Department could take care of the situation and that she was to not ask anymore questions. Inmate Reinhart was wheeled over to the Rubber Room. Inmate Reinhart was let out of the restraint chair. While Sergeant Gosey and Corporal Osse stood with tasers, Officer Hudlow took the restraints off of Inmate Reinhart. Inmate Reinhart was placed on a fifteen minute watch. The whole time the tasers were out they were pointed at the floor. Not oncer were the tasers pointed at Inmate Reinhart.

| Inmates Taken to Hospital | |
|---|---|

| How were Inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

PCPSCT Form 100

Wednesday, June 22, 2005                                                    Page 1 of 2

| Incident Number | 461 | | | Date | 6/21/2005 | Time | 20:45 |
|---|---|---|---|---|---|---|---|
| Officer In Charge | Corporal Melissa K. Osse | | | | | | |
| Reporting Officer | Corporal Melissa K. Osse | | | | | | |

*CPL Melissa K Osse*

**Reporting Officer Signature**

6/22/05

**PCPSCT Form 100**

**Wednesday, June 22, 2005**

**Page 2 of 2**

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 464 | | Date | 6/22/2005 | Time | 7:00 |
|---|---|---|---|---|---|---|

| Officer in Charge | Sgt.Gonzales |
|---|---|

### Inmates Involved

| Filed | Book # | Last Name | First Name |
|---|---|---|---|
| 4367 | 8002 | Laney | Matthew |
| 0 | 0 | | |

### Officers Involved

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Gonzales | | Sam-5 | Sgt. |
| Cooper | | Charlie-3 | Cpl. |
| Lezono | | David-35 | D/O |
| Robinson | | Comman | Commander |
| Goodwill | | Sam-3 | Sgt. |

### Report

On 06/22/2005 at approx. 0700hrs while feeding out Satalite West I Cpl.Cooper overheard I/m Laney File ID 4367 yelling and cussing D/o Lezono over there being only one biscuit on the finger food tray. At that time I went into B-2 to speak with I/m Laney. Upon entering the cell I asked him what the problem with his tray and while asking this I looked in his tray and it was full of urine and I/m Laney stated while laughing" there is something for your fucking gloves bitch". When he made that statement I instructed him to sit on his bunk and lower his voice and talk with me about this situation. At that time I/m Laney jumped toward myself and made a vulgar hand statement in which I interpitid it as a combative action towards my person. At that time I pushed I/m Laney with a open palm in the chest and back to his bunk and loudly instructed him to stay seated.and exited the cell and notified Sgt.Gonzales of the situation and he advised to place I/m Laney in the restraint chair. At that time myself and Sgt.Gonzales extracted I/m Laney from his cell and placed him in the restraint chair. At approx.0800hrs I was advised that I/m Laney needed to use the restroom I then took I/m Laney out of the restraint chair and took him into B-Pod dayroom toilet. After I/m Laney was finished using the restroom he was escorted by myself back to the restraint chair during this time I/m Laney began appologizing about the situation at that time I told him that everybody has a bad day and it was forgivable and understandable. As approx.0820 Myself and Sgt.Gonzales responded to a call from Satalite West that I/m Laney was attempting to get out of the restraint chair. Upon responding to this call I/m Laney had both of his feet and shoulders and his right hand and the lap out of the restraints and began to swing violently. At that time I took I/m Laney's writ and used a pain compliance tecnique to restrain his right arm and head while Sgt.Gonzales attempted to restrain I/m Laney's Legs and place the lap restraint on him during this I/m Laney kneed me in the face and kicked Sgt.Gonzales in the face and head twice. After this Commander Robinson and Sgt. Goodwill responded and used further pain compliance on I/m Laney to attempt to control the situation. Sgt. Goodwill restrained his head while I restrained his right arm and wrist while Commander Robinson and Sgt.Gonzales secured the belts around his legs waist and shoulders.After I/m Laney was placed and secured in the restraint chair he continued to make threats and yell and cuss and rock the restraint chair. END OF REPORT

| Inmates Taken to Hospital | |
|---|---|

| How were Inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

PCPSCT Form 100

Wednesday, June 22, 2005

Page 1 of 2

| Incident Number | 464 |
|---|---|

| Date | 6/22/2005 | Time | 7:00 |
|---|---|---|---|

| Officer in Charge | Sgt.Gonzales |
|---|---|
| Reporting Officer | |

Reporting Officer Signature

PCPSCT Form 100

Wednesday, June 22, 2005

Page 2 of 2

DDR 000192

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 470 | | Date | 6/22/2005 | Time | 8:20 |
|---|---|---|---|---|---|---|

| Officer in Charge | Commander Robbinson |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 4367 | 8002 | Laney | Matthew |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Gonzales | Travis | S-5 | Sergeant |
| Cooper | Thomas | C-3 | Corporal |
| Robinson | Randall | C-5 | Commander |
| Goodwill | Jerry | S-3 | Sergeant |

**Report**

At about 8:20 A.M. on June 22, 2005 I received a call in the Sergeant's Office that Inmate Matthew Laney had worked his way almost completely out of the restraint chair, where he had been placed for diciplinary purposes earlier in the day. Corporal Cooper and I responded to the call. Upon arrival at the West Satalite Recreation Room we observed that the inmate was only being held in the restraint chair by his left wrist. While attempting to replace the waist strap on the inmate he kicked me once in the face, once in the head, and also kneed Corporal Cooper in the face. At that time Commader Robinson and Sergeant Goodwill entered and pain compliance techniques were used after verbal instruction had failed to get the inmate to stop resisting our efforts. With the pain compliance techniques the inmate stopped resisting us and we were able to return him to the restaining chair with no further incident. END OF REPORT.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | Sergeant Gonzales |
|---|---|

Reporting Officer Signature

PCPSCT Form 100

Thursday, June 23, 2005

Page 1 of 1

DDR 000193

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 471 | | Date | 6/22/2005 | Time | 22:30 |
|---|---|---|---|---|---|---|

| Officer In Charge | cpl melissa osse |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 4367 | 8002 | laney | matthew |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Hudlow | charlie | D-12 | officer |
| Osse | Melisa | Cpl | C-2 |
| Gonzales | Travis | Sgt | sam-5 |

**Report**

On 6-22-05 I officer Hudlow and Sgt Gonzales had went to e-pod 2 cell. Where inmate matthew laney is housed. While trying to take him to the chair, He then stated that we would have to kill him before.He went into the chair. I officer hudlow and sgt Gonzales went and got the taser from cpl osse. I officer hudlow, Sgt Gonzales,Cpl Osse went into inmate laneys cell. The taser was pointed on him.While inmate laney was cuffed behind his back. While placing him in the chair. He then stated hudlow,the next time you walk in my cell we gonna fight. I am gonna break your nose. We can fight here all you have to is give up that gun. He then stated ,I will show you what I can do to you and that we were lying about what Director Bottoms had said to do to him by placing him in the chair. And giving him more hours to do in the chair.end of report

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospita | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | charlie Hudlow |
|---|---|

**Reporting Officer Signature**

PCPSCT Form 100

Thursday, June 23, 2005

Page 1 of 1

DDR 000194

# Pottawatomie County
# Public Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: _3_    Supervisor: _Gonzales_    Date: _6/22/2005_

Master Board Count: _109_    Actual Count: _109_

Perimeter Check: _TRG_    Facility Inspection: _TRG_    To Be Booked In: _7_

All Scheduled Officers On Shift: Y or N

Notes: _Gonzales, Cooper, Lozano, Anthony_

Pod Count: J _2_  I _1_  DC _⊗_  WH _⊗_  Booking _7_
WR _14_  X _2_  Y _7_  M _3_  A _11_
B _12_  C _15_  D _19_  E _10_  F _13_
H _⊗_  K _⊗_  L _⊗_  N _⊗_  Q _⊗_   Total: _116_

**Mid Shift**

Notes: _0357 Perimeter Check Complete_
_Drunk put into chair/claims to have_
_suicidal tendencies._

**End of Shift**

Number Booked In: _4_    Number Booked Out: _1_

Officers Called Off: _None_

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility
Commander: _____

Notes: _Laney + Martinez put into chairs_
_and seperated._

Supervisor Signature: _____    Badge Number: _S-5_

# Pottawatomie County
# Public Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: 2nd    Supervisor: CPL M. Osse    Date: 6/22/2005

Master Board Count: 113    Actual Count: 119

Perimeter Check: ✓    Facility Inspection: ✓    To Be Booked In: 6

All Scheduled Officers On Shift: (Y) or N

Notes: Hudlow and Davis in West Satellite. Vanderberghe in booking.

---

Pod Count: J 2    I 1    DC ___    WH ___    Booking 6

WR 14    X 2    Y 7    M 3    A 13

B 10    C 15    D 20    E 11    F 13

H ___    K ___    L ___    N ___    Q ___    Total: 119

**Mid Shift**

Notes: Did 11 movement orders. Line, Llewellyn wanted to mouth a lot.

---

**End of Shift**

Number Booked In: 2    Number Booked Out: 2

Officers Called Off: none

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility Commander: 11

Notes: Placed Matt Lancy back in chair per Director Bottoms.

---

Supervisor Signature: CPL M. Osse    Badge Number: C2

# Pottawatomie County
## Public Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: _3_   Supervisor: _Gonzales_   Date: _6|22|2005_

Master Board Count: _109_   Actual Count: _109_

Perimeter Check: _TRG_   Facility Inspection: _TRG_   To Be Booked In: _7_

All Scheduled Officers On Shift: Y or N

Notes: _Gonzales, Cooper, Lozano, Anthony_

Pod Count:  J _2_   I _1_   DC _Ø_   WH _Ø_   Booking _7_

WR _14_   x _2_   y _7_   M _3_   A _11_

B _12_   C _5_   D _9_   E _10_   F _13_

H _Ø_   K _Ø_   L _Ø_   N _Ø_   Q _Ø_   Total: _116_

**Mid Shift**

Notes: _0357 Perimeter Check Complete. Drunk put into Chair/claims to have Suicidal tendancies._

**End of Shift**

Number Booked In: _4_   Number Booked Out: _1_

Officers Called Off: _None_

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility Commander: _____

Notes: _Laney + Martinez put into Chairs and Seperated._

Supervisor Signature: _____   Badge Number: _S-5_

DDR 000004

# Pottawatomie County
# Public Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: 3        Supervisor: _Gonzales_        Date: 6-24-2005

Master Board Count: 117        Actual Count: 118

Perimeter Check: TRG        Facility Inspection: TRG        To Be Booked In: 7

All Scheduled Officers On Shift (Y) or N

Notes: Gonzales, Cooper, Morton, Steele, Lozano

---

Pod Count: J 1    I 1    DC 0    WH 0    Booking 8

WR 12    X 2    Y 10    M 3    A 12

B 17    C 16    D 17    E 13    F 13

H 0    K 0    L 0    N 0    Q 0    Total: 124/125

**Mid Shift**

Notes: 0422 Perimeter check completed.

---

**End of Shift**

Number Booked In: 7        Number Booked Out: 2

Officers Called Off: None

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility Commander: TRG

Notes: Lancy Back in Cell.

Supervisor Signature: _____        Badge Number: S-5

# Pottawatomie County
# Public Safety Center
### Supervisors Check List

Shift: 2nd

**Beginning of Shift**

Supervisor: CPL M. Osse    Date: 6 25, 2005

Master Board Count: 125    Actual Count: 126

Perimeter Check: _____    Facility Inspection: _____    To Be Booked In: 1

All Scheduled Officers On Shift: Y or (N)

Notes: Officer Hudlow not here, brother had a massive heart attack. May be in later.

---

Pod Count: J 1    I 0    DC 1    WH 0    Booking 0

WR 14    X 2    Y 9    M 3    A 14

B 12    C 16    D 17    E 14    F 13

H 0    K    L 0    N 0    Q 0    Total: 126

**Mid Shift**

Notes: Placed Martinez in the chair. He said he choked himself out with his towel, passed out and hit his head on the sink. At approx. 1900 he said he took 4 Benadryl).

---

Number Booked In: 4

**End of Shift**

Number Booked Out: 2

Officers Called Off: none for 3rd shift

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility Commander: 12

Notes: Did 3 movement orders. Placed Martinez in suicide gown and placed back in cell.

---

Supervisor Signature: CPL M. Osse    Badge Number: C2

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 510 | | Date | 7/1/2005 | Time | 21:00 |
|---|---|---|---|---|---|---|

| Officer in Charge | B Manson |
|---|---|

**Inmates Involved**

| FileId | Book # | Last Name | First Name |
|---|---|---|---|
| 2291 | 8392 | Foote | Travis |
| 939 | 8116 | Thomas | Joe |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Snyder | J | Control | Operator |
| Manson | B | Sam 4 | Sargeant |
| Rushing | R | David 17 | Officer |
| Basham | S | Sat 8 | Operator |
| Ortega | S | Med3 | Nurse |
| Osse | M | Charlie 3 | Corporal |
| Johnson | L | Boy 3 | Booking |

**Report**

On July 1,2005 I Sargeant Manson was alerted to a banging noise by Satalite Operator Basham. The noise was coming from K pod. I aske Ms Basham to use the in cell intercoms to determine which cell it was coming from. That being unsuccesful I entered K pod. Inmate Roland #4971 advised me the noise was coming from K 4. I looked into K4 and saw inmate foot standing where the table had been breathing heavily. I saw that the window had been damaged and there were glass splinters all over the top bunk. Inmate Thomas was standing in the area of the sink away from the bunks. I called for assistance from Officer Rushing and advised him to bring a taser. I called to central control and advised operator Snyder to contact Commander Robinson and advise him of a attempted 100 Edward (escape). Officer Rushing arrived with the taser along with corporal Osse and nurse Ortega. I ordered both inmates in K 4 on the floor. The cell was opened and both inmates were cuffed and removed to the day room. I advised Ms Osse and Ms Ortega to get restraint chairs. Both inmates were put in restraint chairs and moved to the recreation area in East Satellite. I was told by inmate Martinez that he had overheard inmate Foote talking on the phone to someone about meeting him north of the jail facility after he was able to get out. I advised central control to use their cameras to see if anyone was waiting in the area north of the jail. He said there was a vehicle there. I advised him to call Shawnee PD to have them, take a look. I was advised by PD that there were numerous vehicles in the area watching a fireworks show that was ending. About 2200 I was told by Ms Johonson that as we were dealing with the attempted escape she had received a phone call from in Footes wife inquiring as to why he had not called her that evening. She was worried that he had gotten into trouble or been locked down. Upon talking to inmate Thomas about the incident he told me he was not involved in the escape attempt. He told be that inmate Foote had removed the table from the wall by jumping on it from the top bunk. The table was used to try and break the window. End of report.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

| Jail Inspection Notified | ☐ |
|---|---|

| Reporting Officer | |
|---|---|

PCPSCT Form 100

Saturday, July 02, 2005

DDR 000046

| Incident Number | 510 | | Date | 7/1/2005 | Time | 21:00 |

| Officer in Charge | B Manson |

Reporting Officer Signature

PCPSCT Form 100

Saturday, July 02, 2005

Page 2 of 2

DDR 000047

# Pottawatomie County Public Safety Center
# Incident Report

| Incident Number | 585 | | Date | 7/15/2005 | Time | 17:45 |

| Officer in Charge | Brian Manson |

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|--------|--------|-----------|------------|
| 1024 | 8676 | Almon | Robert |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|-----------|-----------|---------|------|
| Manson | Brian | S4 | Sargeant |
| Osse | Melissa | C3l | Corporal |
| Rushing | Ralph | D17 | Officer |
| Vandenberghe | Matt | D30 | Officer |

**Report**

On July 15,2005 at about 1745 the fire alram sounded. It was determined that waterwas running fromafire sprinkler in E 5. It was inhibited by inmat Robert Almon. I Sargeant Manson went into E podand saw water running from under the door of cell 5. Officer rushing went outside the facility with trustee wade to shut off the water while I was assited by corpporalOsse and Officer Vandenberge in the pod. Inmate Almon was taken out of cell 5 ordered to the ground and cuffed. He was then moved to the recreation room in west satalite and put in the restraint chair. The water was cleaned up in E pod by trustees. Maintenance superviser Husdens was called by central control. Repair persons were notified to fix damage to sprinkler system. Inmate Almon said that he didn't tamper with the sprinkler, that it just blew off. End of Report

| Inmates Taken to Hospital | |

| How were inmates transported to Hospital | |

| Hospital Name | | Condition when sent to Hospital | |

| Date Sent | | Time | | Date Returned | | Time | |

| Hospital Instructions | |

| Jail Inspection Notified | ☐ |

| Reporting Officer | Brian Manson |

**Reporting Officer Signature**

DDR 000171

*NO Sight checks on this day*

# Pottawatomie County
## Public Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: _2_    Supervisor: _MANSON_    Date: _7/5/05_

Master Board Count: _?_    Actual Count: _____

Perimeter Check: _____    Facility Inspection: _YBM_    To Be Booked In: _/_

All Scheduled Officers On Shift: Y or N

Notes: _MANSON OSSE RUSHIN VANDENBERGUF_
_ORTEGA — MEA_

---

Pod Count: J_____  I_____  DC_____  WH_____  Booking_____

WR_____  X____  Y_____  M_____  A _11_

B _15_  C _15_  D _16_  E _16_  F _9_

H____  K _4_  L _13_  N _12_  Q _8_   Total:_____

**Mid Shift**

Notes: _SPRINKLER PULLED IN E-5 BY ALMOND)_
_WAS SECURED IS WEST TREE IN CHAIR - REPAIRS_
_DONE._

**End of Shift**

Number Booked In: _4_    Number Booked Out: _4_

Officers Called Off: _NONE_

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility     _426.00_
Commander:_____

Notes: _ORANGES + TOWELS IN Q N L K F E D_

Supervisor Signature: _____    Badge Number: _84_

Almon

## awatomie County
## lic Safety Center
### Supervisors Check List

**Beginning of Shift**

Shift: 1    Supervisor: TROSPER    Date: 01/16/05

Master Board Count: 140    Actual Count: 143

Perimeter Check: OK    Facility Inspection: OK    To Be Booked In: 3

All Scheduled Officers On Shift: Y or N

Notes: 1 in restraint chair in West Satellite Rec

---

Pod Count: J 2    I 0    DC 0    WH 1    Booking 4

WR 2    X 2    Y 9    M 2    A 11

B 16    C 16    D 14    E    F 9

H 0    K 4    L 15    N 14    O 6    Total: 143

**Mid Shift**

Notes: Moved Joey Poland from B-7-1 to K-2-1

---

**End of Shift**

Number Booked In: 4    Number Booked Out: 5

Officers Called Off: 0

Sight Checks and Inspection Sheets signed and stapled to be turned in to Facility Commander: YES OK

Notes:

Supervisor Signature: _____    Badge Number: C-1



# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 608 | Incident Type: | Fight |
|---|---|---|---|

| Officer In Charge | sgt. Manson | Date | 7-20-15 | Time | 12:25 |
|---|---|---|---|---|---|

| Inmates Involved | | Officers Involved | |
|---|---|---|---|

**Report**

| Were Inmates taken to Hospital? | | How were Inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

**Hospital instructions**

**Jail Inspection Division Notified?**

**Inmates taken to hospital**

| Reporting Officer | | Print Incident Report | |
|---|---|---|---|

| Incident Number | 609 | Incident Type: | Fight |
|---|---|---|---|

| Officer In Charge | SGT. MANSON | Date | 7/20/2005 | Time | 11:55 |
|---|---|---|---|---|---|

| Inmates Involved | | Officers Involved | |
|---|---|---|---|

| FileId | Book # | Last Name | First Name | Last Name | First Name | Badge # | Rank |
|---|---|---|---|---|---|---|---|
| 4367 | 8002 | LANEY | MATTHEW | VANDENBERGH | MATTHEW | 30 | OFC |
| | | | | MANSON | BRIAN | 4 | SGT |
| | | | | WEBB | KEITH | 10 | OFC |

DDR 000196

**Report**

ON WEDNESDAY JULY 20, 2005 MR.VANDENBURGHE ENTERED E-POD TO GET INMATE MATTHEW  LANEY BACK INTO HIS CELL, THEN ALL OF THE SUDDEN MRS. ORTEGA SAID THERE WAS A FIGHT IN E- POD. I THEN RUSHED INTO THE POD TO GET LANEY OFF OF MR. VANDENBERGHE. I GRABBED LANEY LIFTED HIM UP ENOUGH TO GET MY ARM IN BETWEEN THEM AND ROLLED LANEY OVER TO GET MY HAND CUFFS ON HIM AND MR.VANDENBERGHE WAS ABLE TO GET UP AND ASSIST ME. THEN MR. MANSON CAME IN AND LANEY BEGAN TO COOPERATE WITH US. LANEY IS IN THE CHAIR FOR HIS ACTION. END OF REPORT.

**Were Inmates taken to Hospital?** ☐     **How were Inmates Transported?**

**Hospital Name**     **Condition when sent to hospital**

**Date Sent**     **Time**     **Date Returned**     **Time**

**Hospital Instructions**

**Jail Inspection Division Notified?** ☐

**Inmates taken to hospital**

**Reporting Officer** | KEITH WEBB          **Print Incident Report**



7-20-05

DDR 000197

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 612 | Incident Type: | Disturbance |
|---|---|---|---|

| Officer In Charge | Sgt. Travis Gonzales | Date | 7/21/2005 | Time | 7:51 |
|---|---|---|---|---|---|

**Inmates Involved**       **Officers Involved**

| FileId | Book # | Last Name | First Name |
|---|---|---|---|
| 4367 | 8002 | Laney | Matthew |

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Branson | Jacob | 3 | Sat. |

**Report**

On 7/21/2005 around 0730 I, Satellite Officer Jacob Branson, heard a loud noise coming from the west satellite rec room. I looked at the monitor and saw inmate Matthew Laney dragging the restraint chair across the rec room. He then threw his smoothie all over the glass and the door into the rec room. He then flipped me off. I picked up my radio and began to call for assistance when Laney got out of the chair, slid behind it, picked it up and began to slam it into the rec room windows. Then multiple officers arrived on the scene. He was placed back into the chair and repositioned where central control could better observe him.

| Were Inmates taken to Hospital? | | How were Inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

**Hospital Instructions**

**Jail Inspection Division Notified?**

**Inmates taken to hospital**

| Reporting Officer | _(signature)_ | Print Incident Report |
|---|---|---|

DDR 000198



# POTTAWATOMIE COUNTY
# PUBLIC SAFETY CENTER

14101 Acme Road
Shawnee, OK 74804
Phone: 405-273-0043 Fax: 405-273-0446

Larry Briggs                                                      Rodney V Bottoms
Chairman                                                         Executive Director

22 July 2005

On the above date at approximately 1115 hours, I (Commander Randall Robinson) was in my office, and Sergeant Jerry Goodwill came to my door and said we are having problems with inmate Reinhart, Kenneth, in Pod E, Cell #3.

I removed all object unnecessary from my pockets and gloved up. After a visit with inmate Reinhart earlier in the day, I knew we were going to have an physical confrontation. As I was in route to the affected pod, Sergeant Goodwill was informing me that Reinhart was pushing the intercom repeatedly preventing the West Satellite Operator from normal operations. Reinhart also called the Satellite operator a " fucking cunt" because she said he couldn't have a shower at that time.

Sergeant Goodwill, detention Officer Andrew Terry, and my self entered the pod and approached cell #3 where Reinhart was housed. Inmate Reinhart placed paper over the window to his cell to prevent visual contact in his cell. I asked Reinhart what his problem was, he said he was fed up with all the shit and was going to whip someone's ass.

I had the Satellite operator to open the door with the backup of Sergeant Goodwill and Officer Terry. Reinhart rushed the door and stopped short and retreated to his bunk. I told him to come out and lets settle the problem. He said he wouldn't, we were going to have to take him out and we were going to get our asses handed to us. I told him it wasn't going to happen that way, just come out so no one would get hurt. He told me to come in and get him repeatedly. Officer Terry had a M-26 TASER on his person to assist in the restraint of Inmate Reinhart. I decided to remove Inmate Reinhart with the least amount of injury to him or all officers on the scene.

As I reached fro the TASER, Inmate Reinhart grabbed his mattress and held it up in front of himself preventing a open shot from the TASER. To prevent serious injury to Inmate Reinhart, I continued to talk with the inmate, and try and get him to stop his aggression and come out peacefully. He continued to threaten all staff and myself.

I decided to finish the confrontation by Telling Inmate Reinhart, "Lets just finish this like men". And at that point he threw down the mattress and said, "Lets do it." I then place the laser sight on the chest of Inmate Reinhart, and told him to get against the wall to be restrained. Sergeant Goodwill entered the cell with myself and placed Inmate Reinhart in handcuffs. Reinhart was escorted to a restraint chair outside the pod and restrained. He was placed in the Recreation Room for visual observation and for 15-minute sight checks for his well-being.

Inmate Reinhart was placed in the restraint chair on my decision. I felt like he was a threat to staff and might be in danger of possible harm to himself. As per Policy and Procedures He was placed on 15-minute sight checks for observation.

End of Report.

Commander,

Randall B. Robinson

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 771 | Incident Type: | Attempted Suicide |
|---|---|---|---|

| Officer In Charge | Corporal Trosper | Date | 8/20/2005 | Time | 16:06 |
|---|---|---|---|---|---|

**Inmates Involved**

**Officers Involved**

| FIeld | Book # | Last Name | First Name |
|---|---|---|---|
| 4367 | 8002 | Laney | Matthew |

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Webb | Keith | 10 | officer |
| Morton | Aenon | 11 | officer |

**Report**

On Saturday August 20,2005 at about 15:00 I officer Keith Webb heard Inmate Matthew Laney (E-3)  on the intercom saying he was going to hurt himself or someone else. Mr Morton went in Mr. Laney's cell with me. We then noticed that laney was trying to cut his left arm with a pencil. We immediatly talked to him and he asked if he could run some stress off. If Mr. Laney keeps on doing that he will be put in the chair for his protection. End of report.

| Were inmates taken to Hospital? | | How were inmates Transported? | |
|---|---|---|---|

| Hospital Name | | Condition when sent to hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

**Hospital Instructions**

| Jail Inspection Division Notified? | |
|---|---|

**Inmates taken to hospital**

| Reporting Officer | Keith Webb | | Print Incident Report |
|---|---|---|---|

DDR 000200