**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

STEPHEN PROCTOR, ROBERT ALMON,　）
TRAVIS FOOTE, MATTHEW LANEY,　）
TECUMSEH MARTINEZ, BOBBY　）
ASHLEY, AMANDA ELLETTE, LLOYD　）
CONOVER, and KENNETH REINHART,　）
　）
　　　　　　　　Plaintiffs,　）　　　Case No. CIV-07-654-M
vs.　）
BOARD OF COUNTY COMMISSIONERS　）
OF THE COUNT OF POTTAWATOMIE,　）
POTTAWATOMIE COUNTY PUBLIC　）
SAFETY CENTER TRUST, and ROD　）
BOTTOMS , individually and as Director of　）
the Pottawatomie County Public Safety　）
Center Trust,　）
　）
　　　　　　　　Defendants.　）

**SUPPLEMENT TO PLAINTIFFS' BRIEF IN OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT OF DEFENDANT, BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF POTTAWATOMIE.**

# EXHIBITS
## PART III

Cregg Webb, OBA #17366
Haselwood & Webb, P.C.
400 North Broadway
Shawnee, OK 74801
Telephone: (405) 273-2332
Facsimile: (405) 273-2334

Bill Roberson, OBA #7626
320 North Broadway
Shawnee, OK 74801
March 27, 2009　　　　　　　Telephone: (405) 273-0240
Facsimile: (405) 395-9520

ATTORNEYS FOR PLAINTIFFS

**EXHIBIT 4**

# PCPSC Documentation of 72 Hours in Restraint Chair

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF
POTTAWATOMIE, CASE NO. CIV-07-654-M**

# Pottawatomie County Public Safety Center
# Incident Report

| Incident Number | 392 | | Date | 5/30/2005 | Time | 23:50 |

| Officer in Charge | B Manson |

Inmates Involved                                 Officers Involved

**Report**

On April 30,2005 at about 2350 hours I was called to west sattalite because of a fire alarm. I was advised by Officer Osse tha t Matthew Laney had tampered with the fire sprinklers and the alarm had gone off. Upon entering B Housing unit at the Pottawatamie County Safety Center I, sergeant Manson observerd that Officer Hudlow had inmate Laney on the deck outside of cell 9. Water was running from the cell and cascading off the balcony onto the floor. Officer Hudlow lead the inmate downstairs in handcuffs. I asked the inmate why he tampered with the sprinkler. The inmate was lead outside the housing unit and put on the floor at which time he became disrespectful to staff calling us all "bitches". Inmate Laney was put in a restraint chair. At about 1159 hours the fire alarm went off again. In cell B4 inmate Martinez had tampered with the fire sprinkler causing a flood in the cell. Inmate was taken out of the cell at taser point and put in a restraint chair.Inmate Martinez started making threats toward officers and the facility. He was saying he wanted to do bodily harm to officer as and do damage to the facility upon his release. He was also encouraging inmate Laney to do the same. Martinez went on to make racial remarks towards officers. Both inmates were put in the clean holding cell in booking area. Director Bottoms was notified and came in to talk with both inmates along  with two others who had tampered with fire equipment on May 28,2005. It was decided to house the inmates who were in restraint chairs in the the gym in west satalite area. One inmate was released after it was deemed he had served enough time in the restraint chair ( Rusty Cross #2064). Per the director the inmates must stay in the restraint chairs 72 hours and are to be fed smoothies. Upon release from restraint they will be returned to their cells with no personal posessions or uniforms for at least

| Inmates Taken to Hospital | |

| How were inmates transported to Hospital | |

| Hospital Name | | Condition when sent to Hospital | |

| Date Sent | | Time | | Date Returned | | Time | |

| Hospital Instructions | |

| Jail Inspection Notified | ☐ |

| Reporting Officer | B Manson |

---

**Reporting Officer Signature**

*B. Man* (signature)

DDR 000184

# Pottawatomie County Public Safety Center
## Incident Report

| Incident Number | 618 | | Date | 7/22/2005 | Time | 10:30 |
|---|---|---|---|---|---|---|

| Officer in Charge | Sgt. Goodwill |
|---|---|

**Inmates Involved**

| Fileid | Book # | Last Name | First Name |
|---|---|---|---|
| 3982 | 81550 | Reinhart | Kenneth |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
|---|---|---|---|
| Barrett | Rauna | Sat 4 | Officer |
| Goodwill | Jerry | Sam 3 | Sergeant |
| Terry | Andrew | David 18 | D/O |
| Robinson | Randall | Com 5 | Commander |

**Report**

On the above date and approximate time Inmate Reinhart, Kenneth #3982 called west satellite and called this R/O (Officer Barrett) a "fucking cunt." This R/O cancelled out the intercom and inmate Reinhart called right back and asked for a shower and this I told him that he would not receive a shower or his rec time because of his behavior and cancelled out the intercom again. Inmate Reinhart called again and stated something about he "should have hit me over the head with that crutch." This R/O cancelled out the intercom again and inmate Reinhart continued pushing the intercom non-stop. Sgt. Goodwill and Commander Robinson were notified. At approximately 1100 hours Inmate Reinhart was placed in the restraint chair by Sgt. Goodwill, Ofc. Terry, and Sgt. Goodwill. He was placed in the west recreation area, on 15 minute sight checks for 72 hours and on finger foods. END OF REPORT.

| Inmates Taken to Hospital | |
|---|---|

| How were inmates transported to Hospital | |
|---|---|

| Hospital Name | | Condition when sent to Hospital | |
|---|---|---|---|

| Date Sent | | Time | | Date Returned | | Time | |
|---|---|---|---|---|---|---|---|

| Hospital Instructions | |
|---|---|

Jail Inspection Notified ☐

| Reporting Officer | Officer Rauna Barrett |
|---|---|

*[signature]*

**Reporting Officer Signature**

# EXHIBIT 5

# Foote Depo.

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF POTTAWATOMIE, CASE NO. CIV-07-654-M**

**COPY**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

STEPHEN PROCTOR,
ROBERT ALMON,
TRAVIS FOOTE,
MATTHEW LANEY,
TECUMSEH MARTINEZ,
BOBBY ASHLEY,
AMANDA ELLETTE,
LLOYD CONOVER,
and KENNETH REINHART,

        Plaintiffs,

Vs.                             Case No. CIV-07654M

BOARD OF COUNTY COMMISSIONERS
of the COUNTY OF POTTAWATOMIE
and the POTTAWATOMIE COUNTY
PUBLIC SAFETY CENTER TRUST;
and ROD BOTTOMS, Individually,
as the Director of
POTTAWATOMIE COUNTY PUBLIC
SAFETY CENTER TRUST.

        Defendants.



**DEPOSITION OF TRAVIS FOOTE**
TAKEN ON BEHALF OF THE DEFENDANTS
ON NOVEMBER 20, 2008, BEGINNING AT 10:17 A.M.
IN HELENA, OKLAHOMA

ALSO PRESENT:  Marcos Solorio
REPORTED BY:  Daniel Luke Epps, CSR, RPR

PROFESSIONAL REPORTERS

TULSA, OK
918.583.8600  405.272.0559 FAX

OKLAHOMA CITY, OK
405.272.1006  405.272.0559 FAX

FAYETTEVILLE, AR
479.587.1006  866.603.0559 FAX

CORPORATE OFFICE    511 Couch Drive, Suite 100    Oklahoma City, OK 73102

1      **Q**    No, like, chain around your waist or

2  anything like that that they used?

3      **A**    I don't remember them putting a

4  chain around my waist.

5      **Q**    I think you said a few minutes ago

6  that you had observed people restrained

7  differently than the way that you got into the

8  chair?

9      **A**    Yes.

10      **Q**    Tell me what you meant by that.

11      **A**    Well, I had seen on occasion in a

12  previous pod, there was a couple of guys that

13  tended to get restrained on a pretty regular

14  basis.

15      **Q**    Okay.

16      **A**    And I'd seen them struggle, and I'd

17  even witnessed -- this particular pod -- all of

18  these pods are mirrored.  They're in, like, an

19  octagonal shape and they're across from each

20  other.  The design is so you can't see into other

21  pods, but at a certain angle you can.

22      **Q**    Okay.

23      **A**    Especially if the lighting is right

24  in the other pod and yours is dark.  So they

25  would -- well before this incident, these two

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ————————————918-583-8600
FAYETTEVILLE ———————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    would agree with these statements here.

2         Q    You allege that you were kept in the

3    restraint chair for I think you said 87 hours.

4         A    This petition alleges that.  I

5    believe the count was more like 92 or 91 or

6    somewhere right in there.

7         Q    Tell me how you arrive at that

8    number.

9         A    Well, I was in a room where I could

10   see daylight, so I was keeping track of the time

11   roughly, and so I was -- I knew I was approaching

12   the fourth day.  At the time, that's what it

13   seemed like to me, but I'm not sure.  I mean,

14   you'd have to experience this to know how the

15   kind of tricks that this kind of restraint over

16   several days without end plays on your mind, so

17   this could be just as accurate as my memory.  I

18   just don't know.

19        Q    Were you at any time allowed breaks

20   from the chair?  In other words, did they ever

21   release you from the chair before totally setting

22   you free of the chair?

23        A    Well, there were times when they

24   removed some or all of the restraints to allow --

25   I think I probably went to the bathroom -- was



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ———— 405-272-1006
TULSA ——————— 918-583-8600
FAYETTEVILLE ———— 479-587-1006

1    allowed to go to the bathroom twice in four days,

2    and then they would -- normally when they fed

3    you, they would release one of your arms

4    depending on who was working.  Manson would make

5    you sit there and try to eat with your arm

6    restrained which ended up with food all over you.

7    It was just impossible with this much movement.

8    You'd have to try to splash the food into your

9    mouth to get any nutrition.  So, yes, there were

10   times when -- there was a couple of times when --

11   and I remember this.  These were always on --

12   when Manson was not there, and the impression I

13   had was that this was being done in defiance of

14   orders.  They would let me out to go to the

15   bathroom.

16          Q     Let's look here back at Exhibit

17   Number 1, your petition.

18          A     Yeah.

19          Q     If you look at your paragraph 3

20   here --

21          A     Yes, sir.

22          Q     -- it says, "Placed in the restraint

23   chair for 87 consecutive hours," and we've talked

24   about that a little bit, "without the benefit of

25   medical supervision."  Did you ever -- did you

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ———————918-583-8600
FAYETTEVILLE ———————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          FOOTE, TRAVIS          11/20/2008

132

1   ever request to see a nurse or a doctor while you

2   were restrained in the restraint chair?

3          A      Yes.  Constantly I was still

4   requesting Ibuprofen --

5          Q      For your tooth?

6          A      -- for my tooth.

7          Q      Okay.  Did you ever get to see the

8   nurse or a physician while you were in the chair?

9          A      No.

10         Q      Did you ever receive Ibuprofen while

11  you were in the chair?

12         A      No.

13         Q      Did you ever receive -- were you

14  taking any other medications at the time?

15         A      No.

16         Q      How did you previously -- prior to

17  being in the chair, how did you request medical

18  attention?  What was the procedure that you had

19  to follow?

20         A      The nurse came by each morning and

21  each evening with medication for people who had

22  prescriptions, and you would let her know.  You'd

23  fill out some simple form, and then she would

24  process that, and the next time she came through,

25  if they agreed, you'd get what you asked for.



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ————405-272-1006
TULSA ————————918-583-8600
FAYETTEVILLE ————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   the doctor, he prescribed Ibuprofen and then
2   they continued to --
3       Q     And they still didn't it give it to
4   you?
5       A     They continued to refuse.
6       Q     Okay.  This paragraph 3 continues
7   and states, "Without benefit of routine bathroom
8   breaks."  I think you just told me a second ago
9   that you were allowed out to use the bathroom you
10  thought two times?
11      A     Yes.
12      Q     Do you recall saying that?
13      A     Yes.
14      Q     Did you get to use the restroom any
15  other times other than those two times?
16      A     No.  Let me expand on this a little
17  bit if you don't mind.
18      Q     Please do.
19      A     Various officers were known, had
20  been heard by me and of course by other inmates,
21  too, to brag about the results of what they did
22  to people in these chairs.  Matt Laney and
23  Tecumseh -- Matt Laney had a brother.  I can't
24  remember his name.  They would strap these guys
25  in these chairs and these guards would brag to us



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ———————— 405-272-1006
TULSA ———————————— 918-583-8600
FAYETTEVILLE ——————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   that they were going to leave these guys in these

2   chairs until they shit themselves and sometimes

3   that happened, and it was understood that was

4   their goal to, you know, to humiliate you and

5   emasculate you in this way.

6         Q     Okay.

7         A     It was my goal, of course, not to

8   give them that satisfaction.  In my particular

9   case I already had a preexisting medical

10  condition.  I think they call it fissures, and

11  it's where if you're dehydrated, your body will

12  want to pass -- to defecate, but your anal walls

13  will tear and you'll bleed, and so this was

14  particularly aggravating for me physically.  I

15  don't mean mentally, but it aggravated that

16  situation.  When I got to -- when I was

17  transported a couple days later, I had to deal

18  with that medically, and I had already been

19  treated there or seen by the doctor there for

20  that, too.

21        Q     Seen by the doctor while you were in

22  Pottawatomie County?

23        A     Right.

24        Q     Okay.

25        A     For the anal fissures, because what



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————— 405-272-1006
TULSA ——————— 918-583-8600
FAYETTEVILLE ——————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   was much shorter than mine.

2          Q      Why was that?

3          A      I don't know if they had decided

4   that he was the more innocent party or I was the

5   aggressor or what.  I don't know, but they just

6   -- I don't think he was there but for the first

7   evening and part of the first -- part of the

8   second day, and they let him out of the chair.

9   Touching back on the -- you asked about did that

10  ever happen to me.  Probably the reason not is

11  because I starved myself and didn't drink much in

12  the way of fluids because I didn't want to -- I

13  didn't want to give them satisfaction.

14         Q      Paragraph 3 of Exhibit Number 1

15  continues and states, "Without benefit of normal

16  food and utensils."  Tell me about the food.  How

17  were you fed while you were in the chair?

18         A      They would take your entire tray,

19  same nutrition as anyone else in the jail would

20  get, and they'd put it all into a blender and

21  make a smoothie out of it, and they would bring

22  that to you.  They used that as a punishment for

23  people that weren't in the chair, too.  That was

24  just one of their other punishments, and so

25  that's the only kind of meal you got while you

**PROFESSIONAL
REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ————————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   were in the chair was a cup, a Styrofoam cup with

2   this smoothie of mixed cake and macaroni and

3   things like this, and if there was someone

4   halfway decent working, they would free up one of

5   your restraints on one arm and set that cup and a

6   cup of tap water by your chair and you could eat

7   and drink.  If not, you just had to try to throw

8   it at your mouth and see if you could get

9   something in there.  You had about -- you could

10  work those wrist restraints loose a little bit,

11  which is probably why they cuffed you.  So if you

12  could do that and get that cup in your hand, you

13  had about three inches of range, you know, the

14  length of the cuff chain.

15          Q       The motion you had?

16          A       Yeah, the motion.

17          Q       Did they bring you the blended lunch

18  all three meals of the day?

19          A       I don't know.  I didn't have very

20  good track of time, but I didn't have any sense

21  that they didn't.  Of course, I wasn't eating it

22  most of the time anyway.

23          Q       Did they bring you the Styrofoam cup

24  of water each time that they brought you the food

25  and the --



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

142

1    chair.

2          Q      Did you ever see any male inmates

3    who had urinated on themselves?

4          A      My memory is that Matt Laney had

5    defecated and urinated on himself at least once,

6    and this is a little comical.  I think that

7    Tecumseh did, but I'm not sure if it was -- I'm

8    not sure he didn't want to, because he had freed

9    an arm, and as I recall, he took the defecation

10   and he smeared it all over the chair, and I think

11   he thought that would force their hand.  It

12   didn't.

13         Q      After you were released from the

14   chair, what happened after that?

15         A      I remember them -- someone telling

16   me that I would probably get out that day, which

17   I was already pretty much aware of because it was

18   going to be a business day.  I knew that my wife

19   had gone without hearing from me for three days,

20   so I knew that she would be checking into it and

21   making phone calls all over the state to do

22   something about it, but the deal was there wasn't

23   enough authority there to authorize it or

24   something, so it was actually much later on that

25   Tuesday than when they first introduced me to the

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ————————918-583-8600
FAYETTEVILLE ————————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   idea that I might get out of the chair that day

2   that I got out.  They took me straight into a

3   cell I want to say in the same pod, but I don't

4   remember because all the pods look alike, and

5   they had attached a steel chain to a bunk and

6   they chained it around my ankle with a padlock

7   and padlocked me to a bunk.

8          Q      Now, in the pod that you were in

9   before, before the restraint issues occurred, how

10  often were you out, allowed to socialize with

11  your other pod mates?

12         A      Never.

13         Q      So you really didn't know who else

14  was in your pod other than looking out the window

15  of your cell to see?

16         A      Well, as each of us got out for an

17  hour, you know, you could walk by other people's

18  cells and talk to them through their window or a

19  crack in their door, so we -- a normal inmate

20  would be aware of just about everyone else in the

21  pod because you only had ten cells in each pod.

22         Q      Okay.

23         A      And they were usually single-celled,

24  and so you probably only had between 10 and 15

25  people in a pod.



**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006

TULSA ——————918-583-8600

FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          FOOTE, TRAVIS          11/20/2008

146

1    wanted me to sign it.  So they'd let me -- they'd
2    take the chain off if I'd sign it to which I
3    relied if you want a signature bad enough to take
4    this chain off, then you're afraid that what
5    you're doing is about to get discovered, so just
6    go ahead and leave the chain on me, and I
7    declined to sign it.
8          Q      Okay.
9          A      And so they came back.  Rod Bottoms
10   came through maybe an hour later or so and same
11   conversation, only this time they went ahead and
12   took it off, and I found out later that my wife
13   had contacted the state jail inspector and he was
14   there on the premises when they were -- when they
15   came through and took the chain off.  They were,
16   I guess, a few minutes ahead of him popping off
17   chains and covering trash.
18         Q      How long were you on the chain in
19   your cell?
20         A      Just from late afternoon, the day
21   they took me off of the chain.  I want to say
22   just a few hours.  My memory is probably not
23   totally reliable.  My memory is just a few hours
24   because it was like -- you know, I shipped to
25   DOC, to Lexington Assessment and Reception Center

**PROFESSIONAL
REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    on the 5th.

2           Q       Okay.

3           A       The morning of the 5th.  No.

4    Morning of the 7th.  I'm sorry.  I believe.

5           Q       Okay.

6           A       And so I think that chain came off,

7    I think they let me out of that chair somewhere

8    like 3:00 or 4:00 in the afternoon, and I think

9    that chain was off later in the evening.

10          Q       Of the same day?

11          A       Of the same day.  Again, these

12   memories can really blend.  I've spent a lot of

13   time in a lot of cells.

14          Q       How long of a chain was it?

15          A       I want to say it was probably about

16   three feet long roughly.

17          Q       Far enough you could reach the

18   toilet if you needed to?

19          A       I could reach the toilet.  I could

20   just barely turn around and sit down on the

21   toilet and I could reach the sink to wash my

22   hands.  I couldn't reach the door and I couldn't

23   reach the speaker button.

24          Q       Now, when you got put back into that

25   cell, was the chain and everything already there

**PROFESSIONAL
REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ————405-272-1006
TULSA ————918-583-8600
FAYETTEVILLE ————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515        FOOTE, TRAVIS        11/20/2008

148

1   when you walked in or did they do all the

2   drilling and installing?

3        A      I think they drilled it and

4   installed it in that cell right in front of me.

5   I think they had me cuffed and made me sit in

6   there cuffed until they came in and maintenance

7   came in and did that.

8        Q      And you had seen other people in

9   your pod similarly chained --

10       A      Well, I --

11       Q      -- before that?

12       A      I'm sorry.  I didn't mean to talk

13  over you.  I lived next door to Tecumseh for

14  quite some time, and Tecumseh was chained on a

15  regular basis, and so, you know, he would

16  describe exactly.  He'd say it's about three --

17  you know, just like you've asked me.  You're

18  pretty bored in a jail cell where they don't

19  allow TV and magazines and things like that, so I

20  was pretty familiar with the setup, and I already

21  been in some cells where you could still see

22  where the holes were drilled and the marks where

23  the chain had dragged through the paint and

24  damage it and things like that.

25       Q      Okay.  Now, is it your testimony



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 │ www.proreporters.com │ Phone: 800-376-1006 │ Fax: 405-272-0559

1    whenever you were in the chair?

2        **A**      No.  Now, I could see through the

3    two-way glass to who was passing by in the

4    hallway, so I saw him a few times, and I could be

5    mistaken, but I don't have any memory of him ever

6    coming to see me.

7        **Q**      When -- go ahead.

8        **A**      It's good to keep in mind that this

9    was a holiday weekend.

10       **Q**      I understand.

11       **A**      So if he came through at all, it

12   would have been -- wouldn't have been much.

13       **Q**      What about -- you say that people

14   could see you through this glass.  Were there

15   people coming in and checking to make sure that

16   you were alive still in this chair?

17       **A**      A little bit on the overnight shift.

18   They have more time available to them on that

19   shift, and there are some, in my view, kinder

20   people, and they had less -- Manson left.  He was

21   the evening shift commander.  Once Manson left,

22   it was clear that the attitude was not the same

23   on the next shift.  These people had to follow

24   orders because just like in the inmate social

25   circles of a jail and the staff social circles,



**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————— 405-272-1006

TULSA ——————————— 918-583-8600

FAYETTEVILLE ———————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          FOOTE, TRAVIS          11/20/2008

158

1   have a regular sight check on you?

2   　　　A　　　Well, "no" is probably a little bit

3   too strong of a word.  I could observe because

4   unlike these other pods you could see through the

5   glass both ways in this gym pod, and so I could

6   see any time that staff came by, and I could see

7   whether they were, you know, whether they had a

8   pad of paper they were marking on and marking

9   something down or whether they were just passing

10  by and didn't even look at me.  There wasn't any

11  pattern that I could observe, and I was awake for

12  most of this time because it's really difficult

13  to sleep under these conditions, and, for the

14  record, let me give you sort of a summary of the

15  conditions that we're talking about in this

16  chair.  Remember this is open to the air, so

17  while I'm there, these are things that actually

18  happened to me.  If birds -- this is just a

19  grilled, not screened, because a grilled window.

20  So birds come in.  I actually got crapped on by

21  birds.  I would have to watch mosquitoes land on

22  me and bite me and suck the blood out of me and

23  itch, you know, and the bite itches later on.  So

24  this is -- you don't sleep.  This is an extremely

25  mentally -- from my personal experience, of

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ──────── 405-272-1006
TULSA ──────────── 918-583-8600
FAYETTEVILLE ──────── 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

# EXHIBIT 6

# Restraint Chair Manufacturer's Warning Lable

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF POTTAWATOMIE, CASE NO. CIV-07-654-M**

# WARNING

Use of the Emergency Restraint Chair without first reading and thoroughly understanding the instructions could cause injury or death.





PLAINTIFF'S EXHIBIT
35

DEFENDANT'S EXHIBIT
10

# EXHIBIT 7

# Almon Depo.

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF POTTAWATOMIE, CASE NO. CIV-07-654-M**

COPY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

STEPHEN PROCTOR,ROBERT ALMON,
TRAVIS FOOTE, MATTHEW LANEY,
TECUMSEH MARTINEZ,BOBBY ASHLEY,
AMANDA ELLETTE,LLOYD CONOVER,
and KENNETH REINHART,

       Plaintiffs,

vs.                             Case No. CIV-07654M

BOARD OF COUNTY COMMISSIONERS
of the COUNTY OF POTTAWATOMIE
and the POTTAWATOMIE COUNTY
PUBLIC SAFETY CENTER TRUST;
and ROD BOTTOMS, Individually,
as the Director of POTTAWATOMIE
COUNTY PUBLIC SAFETY CENTER TRUST.

       Defendants.

### DEPOSITION OF ROBERT ALMON
TAKEN ON BEHALF OF THE DEFENDANTS
ON NOVEMBER 3, 2008, BEGINNING AT 1:04 P.M.
IN SHAWNEE, OKLAHOMA

**APPEARANCES:**

On behalf of the PLAINTIFFS:

**WILLIAM ROBERSON**
Roberson Law Office
318 North Broadway
Shawnee, Oklahoma 74801
(405) 273-0240

On behalf of the DEFENDANTS:

**JOHN BLODGETT**
Collins, Zorn & Wagner
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
(405) 524-2070
john@czwglaw.com

REPORTED BY:  Daniel Luke Epps, CSR, RPR

PROFESSIONAL REPORTERS

TULSA, OK
918.583.8600  405.272.0559 FAX

OKLAHOMA CITY, OK
405.272.1006  405.272.0559 FAX

CORPORATE OFFICE   511 Couch Drive, Suite 100   Oklahoma City, OK 73102

FAYETTEVILLE, AR
479.587.1006  866.603.0559 FAX

TOLL FREE **800.376.1006**

www.**PROREPORTERS**.com

PR#14515         ALMON, ROBERT         11/3/2008

83

1    while I assisted -- while I was assisted by

2    Corporal Osse and Officer Vandenberghe,"

3    V-A-N-D-E-N-B-E-R-G-E, "in the pod."  Do you see

4    that?

5              A      Yes, sir.

6              Q      "Inmate Almon was taken out of cell

7    5, ordered to the ground, and cuffed.  He was

8    then moved to the recreation room in west

9    satellite and put in the restraint chair."  Do

10   you see that?

11             A      Yes, sir.

12             Q      Do you recall being housed in E5?

13             A      Yes, sir.

14             Q      Do you recall an incident occurring

15   where the fire sprinkler was broken in E5?

16             A      Yes, sir.

17             Q      How did the fire sprinkler break in

18   E5?

19             A      I have no idea.  It was leaking.  It

20   was dripping, and the next thing I know it just

21   shot off and it shot this black oil.  I guess

22   it's in the pipes to keep them from rusting.

23   Shot it all over me and I just covered up with my

24   blanket because it kept shooting out water all

25   over me, and that was when Sergeant Manson came


**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006

TULSA ————————918-583-8600

FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          ALMON, ROBERT          11/3/2008

1   in and grabbed me by the back of the head,

2   slammed me on the ground and put-his knee in my

3   back and cuffed me up behind my back.  My view,

4   when this sprinkler went off, there was -- I

5   don't know how many gallons of water came out,

6   but the water was at least a foot deep in my

7   cell.  So when they opened the door, water comes

8   rushing out and he slams me down in the water,

9   and, I mean, slams me down.  Not just orders me

10  to the ground and I get on the ground.  He

11  slammed me on the ground, and with his knee in my

12  back, cuffed me up, and told them to take me away

13  and put me in the restraint chair for 72 hours.

14          Q     Now the E pod, is that the max pod?

15          A     Yes, sir.

16          Q     And you were locked down at the time

17  that this occurred?

18          A     Yes, sir.

19          Q     Did you have a cell mate with you at

20  that time?

21          A     No, sir.  That was a single cell.

22          Q     And Officer Manson pulled you out of

23  the cell?

24          A     Yes, sir.

25          Q     And you said slammed you down on



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ———— 405-272-1006

TULSA ———————— 918-583-8600

FAYETTEVILLE ———— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1   your stomach?

2         A      Yes, sir.

3         Q      Did he ask you what had happened or

4   anything like that?

5         A      No.  No, sir.

6         Q      And you said he put his knee in your

7   back?

8         A      Yes, sir.

9         Q      Did he handcuff you then?

10        A      Yes, sir.

11        Q      What did he do after he handcuffed

12  you?

13        A      He jerked me up and gave me to

14  Officer Vandenberghe and told him to put me in

15  the restraint chair.

16        Q      So Officer Manson told Officer

17  Vandenberghe to put you in the restraint chair?

18        A      Yes, sir.

19        Q      Had you ever been in the restraint

20  chair before that day?

21        A      No, sir.

22        Q      Did you have any idea what the

23  restraint chair was?

24        A      No, sir.

25        Q      What was the recreation room?



**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006

TULSA ——————918-583-8600

FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    A    It was a room in the middle of the

2    pod where -- that's where they -- if you messed

3    up, they put you in there.  It was, I guess, a

4    room used -- I mean, I never seen it used for

5    recreation.  The only thing I ever seen it used

6    for was people that were put in the restraint

7    chair.

8        Q    Did you ever know anybody who had

9    been put in the restraint chair before this July

10   15, 2005 incident?

11       A    I had seen them, yes.

12       Q    Who had you seen?

13       A    I didn't know -- I don't know their

14   names, but I had seen people in there, yes.

15       Q    How were you able to see people in

16   the restraint chair in there?

17       A    You can stand up to the windows and

18   put your hands up against the glass and your face

19   and you can see through there, and when they're

20   transporting you to court or stuff like that, you

21   walk by and you can see people in there.

22       Q    How many people was the most you

23   ever saw in there in the restraint chair?

24       A    One at a time, and I had seen three

25   other people besides me.

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———— 405-272-1006
TULSA ———————— 918-583-8600
FAYETTEVILLE ———————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          ALMON, ROBERT          11/3/2008

89

1     **A**     Yes, sir.

2     **Q**     ·Did they put a new sprinkler head

3     up?

4     **A**     Yes, sir.

5     **Q**     Did you ever have any future

6     problems in E5 with the sprinkler head breaking?

7     **A**     No, sir.

8     **Q**     Were you aware of any other

9     incidents involving sprinkler heads in the jail?

10     **A**     I know there was a couple other ones

11     that were broke.  I didn't see them happen or I

12     wasn't in the same pod, but I heard about it.

13     **Q**     Did you hear about what happened to

14     those people?

15     **A**     The same thing.  They were sent to

16     the restraint chair for 72 hours, and I don't

17     know if we still got the sticker or not.  There

18     was a sticker on the back of that restraint chair

19     that said no one is to be left in this chair

20     unattended or longer than 15 minutes, and I'm

21     pretty sure --

22          MR. ROBERSON:  It's two hours, I

23     think.

24          THE WITNESS:  No.  It was 15

25     minutes.

**PROFESSIONAL**
**REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006

TULSA ———————————918-583-8600

FAYETTEVILLE ——————479-587-1006

94

1    one that put me in the restraint chair.

2         Q      And where was he located?

3         A      What do you mean?

4         Q      Well, let me ask you this.  Did you

5    resist being placed in the restraint chair?

6         A      No, sir.

7         Q      You just sat right down?

8         A      Yes, sir.

9         Q      After you had been strapped into the

10   restraint chair, did they move the chair?

11        A      No, sir.

12        Q      Tell me about the room itself that

13   you were kept in while you were in the restraint

14   chair.

15        A      It's a big room.  It was probably

16   maybe 20 feet by 30 feet, and it's got a little

17   garage door that opens up to let fresh air in,

18   and there's one drain in the middle, a water

19   drain, and there's glass windows that face the --

20   all the pods in the satellite where the officers

21   sit.

22        Q      Now, was anyone else in the room

23   where the chair was during any time that you were

24   in the restraint chair?

25        A      No.  Just the officers that came in

**PROFESSIONAL**
**REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ———————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    ever seen him.

2          Q      Did you ever -- you did not see him

3    then when you were in the chair?

4          A      No, sir.

5          Q      Now, while you were strapped into

6    the chair, did you, in fact, ever urinate on

7    yourself?

8          A      Yes, sir.

9          Q      Several times?

10·        A      Yeah, for 72 hours.  There wasn't

11   nothing I could do about it.

12         Q      What were you wearing when you were

13   strapped in the chair?

14         A      An orange jump suit.

15         Q      And you just went right in that

16   orange jump suit?

17         A      Yeah, and you can only hold it for

18   so long.  I mean, after you hold it for so long,

19   you've just got to do what you've got to do.

20         Q      No one ever came and let you out to

21   use the restroom?

22         A      No, sir.

23         Q      Did they ever let you out to change

24   clothes?

25         A      No, sir.



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006

TULSA ——————918-583-8600

FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

# EXHIBIT 8

# Proctor Depo.

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF POTTAWATOMIE, CASE NO. CIV-07-654-M**

COPY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

STEPHEN PROCTOR, ROBERT ALMON,
TRAVIS FOOTE, MATTHEW LANEY,
TECUMSEH MARTINEZ, BOBBY ASHLEY,
AMANDA ELLETTE, LLOYD CONOVER, and
KENNETH REINHART,

     Plaintiffs,

Vs.                     Case No. CIV-07654M

BOARD OF COUNTY COMMISSIONERS
of the COUNTY OF POTTAWATOMIE
and the POTTAWATOMIE COUNTY
PUBLIC SAFETY CENTER TRUST;
and ROD BOTTOMS, Individually,
as the Director of POTTAWATOMIE
COUNTY PUBLIC SAFETY CENTER TRUST.

     Defendants.



**DEPOSITION OF STEVE PROCTOR**
TAKEN ON BEHALF OF THE DEFENDANTS
ON OCTOBER 22, 2008, BEGINNING AT 10:21 A.M.
IN CUSHING, OKLAHOMA

**APPEARANCES:**

On behalf of the PLAINTIFFS:

**WILLIAM ROBERSON**
318 North Broadway
Shawnee, Oklahoma 74801
(405) 273-0240

On behalf of the DEFENDANTS:

**JOHN BLODGETT**
Collins, Zorn & Wagner
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
(405) 524-2070
john@czwglaw.com

REPORTED BY:  Daniel Luke Epps, CSR, RPR



PROFESSIONAL REPORTERS

TULSA, OK
918.583.8600  405.272.0559 FAX

OKLAHOMA CITY, OK
405.272.1006  405.272.0559 FAX

CORPORATE OFFICE  511 Couch Drive, Suite 100  Oklahoma City, OK 73102

FAYETTEVILLE, AR
479.587.1006  866.603.0559 FAX

1     A     That's correct.

2     Q     And you responded with some comments

3     about being placed in the PC pod?

4     A     That's correct.

5     Q     Do you recall inmate -- do you

6     recall detention officers coming to check on you

7     while you were in the chair in the new facility

8     on this occasion?

9     A     Well, it was in the medical part.

10    There would be a nurse come through there.

11    Q     Okay.

12    A     I mean, there was somebody that

13    would come through right where I was at at this

14    time.

15    Q     If you had had any problems, needed

16    to use the restroom, anything like that, you

17    could have communicated that to someone, correct?

18    A     At this time, yeah, I probably could

19    have yelled out to somebody when I heard if there

20    wasn't anybody in there.

21    Q     You were then placed into a medical

22    cell, and I think that was the incident where the

23    fire sprinkler happened, right?

24    A     Yeah.  I'm remembering this now.

25    Q     Tell me what happened with the fire

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ———————————918-583-8600
FAYETTEVILLE ———————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          PROCTOR, STEVE          10/22/2008

128

1    sprinkler.

2          A      I was in there, and actually when

3    this here happened, actually this was kind of an

4    accident to be all honest with you, because I had

5    the towel hanging on the sprinkler right there.

6    You know what I mean?  And I didn't have a clue

7    at how they messed up or anything like that, but

8    I went and grabbed the towel, and when I jerked,

9    it had broke the showerhead or the sprinkler

10   head, and it was kind of -- this was actually an

11   accident.  I wasn't actually trying to be

12   disruptive at that time.  It was actually an

13   accident, and then the fire alarms going off and

14   everything, and Manson and them come back there,

15   and I was trying to explain that to Manson, and

16   ain't none of them was trying to listen because,

17   you know, after my behavior I probably wouldn't

18   be trying to listen to me at that particular time

19   either, but I was trying to tell him, man, that

20   this was an accident, and I was actually kind of

21   worried about the way the water was filling up in

22   the cell.  You know what I mean?

23          Q      Okay.

24          A      But he didn't even give me a shot.

25   Him and I think another one come back there, and



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ———————————918-583-8600
FAYETTEVILLE ——————479-587-1006

PR#14515          PROCTOR, STEVE          10/22/2008

129

1    I was not being unruly with them or whatever.

2    They had the Tasers pulled out on me, and I was

3    telling him he didn't have to hit me with the

4    Tasers.  I ain't trying to be disruptive or

5    nothing like that, and he said, "But you're still

6    tearing stuff up," you know, and stuff like that,

7    and when they opened the door, as soon as they

8    opened the door, Manson hits me with the Taser.

9    Another one throws me to the floor into the

10   water, and he's still pushing the Taser on me,

11   and it's still stuck in me, and he stands me up

12   and another one hits me in the back with the

13   Taser and shoots me a few times, and we're

14   walking down the -- we pull out of the medical

15   area and we're going down the hall, and Manson is

16   periodically hitting that Taser shocking me going

17   down the hall, but it's not shocked me to the

18   point where I'm falling on the ground or

19   anything, but he's hitting me with it as I'm

20   going down the hall, and they get me in there and

21   they handcuff both of my hands into a cell up in

22   the lobby area and pin me down until they get --

23   whenever they're done, they get the chair in

24   there and get me in the chair.

25        Q        All right.  Let me go through that

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          PROCTOR, STEVE          10/22/2008

138

1    hollering at people that was walking by out in

2    the day room because I was being kind of mouthy.

3    They turned the chair around and pointed it to

4    the back.

5             Q        What if you needed to go to the

6    bathroom?

7             A        Well, up until this point right

8    here, I was in the chair up until I had pissed on

9    myself, and then they let me out of the chair.  I

10   got a shower.  They took me over to the shower

11   part, brought me back in, and put me right back

12   in the chair, and after this point here when I

13   hollered loud enough or whatever like that, like

14   I said, they kept my back turned to the door to

15   where I couldn't see because I was being mouthy

16   to the people.  They put blankets over my head,

17   and if I hollered loud enough, they'd finally get

18   somebody in there, let me out of the chair to use

19   the toilet that was right there in the bullpen.

20            Q        Okay.  What if they didn't hear you?

21            A        Then I'd sit there and have to hold

22   it.

23            Q        But you said you did urinate on

24   yourself?

25            A        I did urinate on myself, man, and



**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ———— 405-272-1006
TULSA ———————— 918-583-8600
FAYETTEVILLE ———————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    that's how I finally got out of the chair.

2    That's how I finally got out of this chair right

3    here and got to shower.

4          Q      Did you ever have to use the

5    bathroom on yourself any more on this occasion?

6          A      Not on this occasion, no.

7          Q      Even though they kept you in the

8    chair for several days --

9          A      They kept me in the chair.

10         Q      -- they would let you out to use the

11   bathroom?

12         A      That's right.  That would be the

13   only reason that I'd get out.

14         Q      That was the only reason you'd get

15   out?

16         A      Yes.

17         Q      Did they let you out to shower or

18   anything like that?

19         A      No.

20         Q      You said they did let you out to

21   shower after you had gone to the bathroom on

22   yourself?

23         A      That's right.  They did, yes.

24         Q      But then they put you right back in

25   the chair?



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515        PROCTOR, STEVE        10/22/2008

143

1     A     Back to the PC pod.

2     Q     Back to the PC pod?

3     A     Yes.

4     Q     Why did they put you back there?

5     A     They chained me to the bunk.

6     Q     They chained you to the bunk?

7     A     Yes.

8     Q     In the PC pod?

9     A     They locked me to the bunk on a

10    chain about this long.

11            MR. ROBERSON:  You've got to --

12            THE WITNESS:  Well, on a chain about

13    maybe a foot and a half.

14    Q     (BY MR. BLODGETT)  Okay.

15    A     It's the same chains they use for

16    the shackles on your feet.

17    Q     Now, what on you was chained?

18    A     My ankle was chained to the bunk in

19    the very first cell of this pod.  You can

20    probably go in there and see the hole drilled in

21    the side of the bunk.

22    Q     Frame of the bunk?

23    A     That's right.  Where a padlock would

24    fit through the hole.

25    Q     That happened on the -- that



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

1    happened right after the incident with the fire

2    sprinkler?

3         A    This happened after they took me out

4    of the chair.

5         Q    Okay.

6         A    Yes.

7         Q    After the incident with the fire

8    sprinkler?

9         A    After the incident --

10        Q    You went from the medical cell where

11   you accidentally pulled this fire sprinkler head

12   off --

13        A    That's right.

14        Q    -- into the chair --

15        A    That's correct.

16        Q    -- and from there, you went back to

17   the PC pod where they chained you to the bunk?

18        A    That's correct.

19        Q    Okay.  Let's turn to the next page

20   there of Exhibit Number 2.  This is incident

21   report number 369, and the date there at the top

22   says 5/23/2005.  Do you see that?

23        A    Yes.

24        Q    Now, this says, "West satellite

25   Officer Johnnie Daniel called for maintenance to



**PROFESSIONAL
REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006

TULSA ——————————918-583-8600

FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          PROCTOR, STEVE          10/22/2008

145

1    E pod.  She said that Proctor in E pod cell 2 had

2    broken the stool from the wall."  Do you recall

3    that incident?

4          A     Yeah.  It wasn't a toilet.  It was

5    the stool.

6          Q     The bowl basically?

7          A     No.  It was a stool that you sat on

8    at the desk.

9          Q     Oh, okay.  Well --

10         A     I jumped off of it -- off the top

11   bunk and it came off the wall.

12         Q     Okay.

13         A     This is after they --

14         Q     That's what I was getting ready to

15   get to.

16         A     Yeah.

17         Q     They put you back in the PC pod.

18   You were chained to the bunk?

19         A     That's correct.

20         Q     How long did they keep you chained

21   to the bunk?

22         A     I was probably there several, two or

23   three or four days maybe.

24         Q     Chained to the bunk?

25         A     If that, yeah.  Could not reach the



PROFESSIONAL
REPORTERS
Experience and service that sets the standard

OKLAHOMA CITY ———————405-272-1006
TULSA ———————————918-583-8600
FAYETTEVILLE ———————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          PROCTOR, STEVE          10/22/2008

146

1    toilet.  When I pissed, I just pissed on the

2    floor.

3          Q     And you said it was about an 18-inch

4    chain?  Foot and a half I think is what you said.

5          A     Yeah.

6          Q     And it was tied to your ankle?

7          A     Yeah.

8          Q     It was affixed to your ankle?

9          A     That's right.

10         Q     And then the other end of the chain

11   was affixed to the bunk?

12         A     That's correct.

13         Q     How long did you say?

14         A     I was there two or three days.

15         Q     Chained up the whole time?

16         A     Chained up the whole time.  I was

17   let out to use the bathroom, number two, a couple

18   of times.

19         Q     Okay.

20         A     They didn't bother me at all, and if

21   I had to piss --

22               THE COURT REPORTER:  Hold on.

23         Q     (BY MR. BLODGETT)  The chair noise

24   makes it hard to hear.  Okay.  Tell me again what

25   you were saying.  Let you out if you had to do

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ————— 405-272-1006
TULSA ————————— 918-583-8600
FAYETTEVILLE ————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515        PROCTOR, STEVE        10/22/2008

148

1      Q      Okay.

2      A      I'd kick it.  I'd lay on the bottom

3    and kick it with my one foot, kick the top, or

4    wait until they come around and count and kept

5    telling them that -- because I just wasn't going

6    to --

7      Q      Sure.  I understand.  Was anybody

8    else in that cell with you whenever that

9    happened?

10     A      No.

11     Q      After two or three days they took

12   the chain off, I assume?  What happened that you

13   got --

14     A      They come and got me and moved me

15   back to this cell here.

16     Q      They moved you back to the E pod

17   that it's talking about here?

18     A      Yes.

19     Q      Is that the max pod?

20     A      That is the max pod.

21     Q      So they put you back in the max pod

22   after you had been chained up for two or three

23   days?

24     A      Yeah.  After they chained me to the

25   bunk for a while.

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————— 405-272-1006
TULSA ——————————————— 918-583-8600
FAYETTEVILLE ————————— 479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

PR#14515          PROCTOR, STEVE          10/22/2008

1          A     I just felt like they were doing me

2     wrong, man, as far as using the chair as

3     punishment.  That's all.  That's being chained to

4     the bunk, having to piss in the floor, live in

5     that environment.  That's -- yeah, I'd say that's

6     --

7          Q     But you didn't ever have to lay in

8     your own urine, did you?

9          A     I had to sit in it.

10         Q     For how long?

11         A     I had to piss in it and live in the

12    floor.

13         Q     I thought you said you could stay on

14    the -- you could sleep on the bunk.

15         A     I could sleep on the bunk, but I was

16    still in there with it.  It's all over the floor

17    when there was a perfectly good toilet in the

18    cell I could have used.  If they would have just

19    put me another foot of chain on my ankle, I could

20    have reached the toilet.

21         Q     Why do you think they didn't give

22    you another foot of chain?

23         A     I do not know.

24         Q     Don't you think that your own

25    actions probably had something to do with the

**PROFESSIONAL**
**REPORTERS**
Experience and service that sets the standard

OKLAHOMA CITY ——————405-272-1006
TULSA ——————————918-583-8600
FAYETTEVILLE ——————479-587-1006

511 Couch Drive, Suite 100, Oklahoma City, OK 73102 | www.proreporters.com | Phone: 800-376-1006 | Fax: 405-272-0559

**EXHIBIT 9**

# PCPSC Documentation of Chaining Inmates

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**PROCTOR v. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF POTTAWATOMIE, CASE NO. CIV-07-654-M**



## POTTAWATOMIE COUNTY
## PUBLIC SAFETY CENTER

### Movement Order

INMATE: Loyd Conover   File# 4501   Booking 7466

Has been ordered to move from Pod/ Bunk: D5-1 to Pod/ Bunk: B2-1

(Per Commander Robinson)
The following reason(s) for movement: He is to be chained to his bunk. Finger Foods only. He is to remain in his room at all times chained. He is to wear Shackles, cuffs and belly chain when he takes his showers.

**Requesting Officer:**

Signed: _____ Date _____ Time _____

**Supervisor/ Classification:**

Signed: Karen Jenkins Co Date 6-13-05 Time 1325

**Medical Personnel:**

Signed: _____ Date _____ Time _____

**Moving Officer:**

Signed: C. Hullen Date 6-13-05 Time 930 pm

**Booking Clerk:**

Signed: _____ Date 6-13-05 Time 1739

PCPSC/DET #3-2003

DDR 000213



POTTAWATOMIE COUNTY
PUBLIC SAFETY CENTER

<u>Movement Order</u>

File # 1239

INMATE: Tecumseh Martinez Booking 7960

Has been ordered to move from Pod/ Bunk: <u>B 5-1</u> to Pod/ Bunk: <u>K 5-1</u>

The following reason(s) for movement: move to K Pod
Tecumseh is to be chained to his bunk at all times except
when he takes his shower. When he takes his shower he is
to wear cuffs, shackles, and belly chains. Finger Foods only.

<u>Requesting Officer:</u>

Signed: _____ Date _____ Time _____

<u>Supervisor/ Classification:</u>

Signed: Karen Jenkins C.O. Date 6-24-05 Time 0800

<u>Medical Personnel:</u>

Signed: _____ Date _____ Time _____

<u>Moving Officer:</u>

Signed: _____ Date 062405 Time 0500

<u>Booking Clerk:</u>

Signed: _____ Date 6-14-05 Time 0849

PCPSC/ DET #3-2003

DDR 000214



# POTTAWATOMIE COUNTY
# PUBLIC SAFETY CENTER

### Movement Order

INMATE: _Matthew Laney_  File# _4367_  Booking _8002_

Has been ordered to move from Pod/ Bunk: _E24_ to Pod/ Bunk: _B2-1_

The following reason(s) for movement: _He is to remain in his room_
_Chained at all times except to take a shower. When he takes_
_his shower he is to wear shackle, cuffs, and belly chains. Finger_
_foods only._

**Requesting Officer:**

Signed: _____ Date _____ Time _____

**Supervisor/ Classification:**

Signed: _Karen Jones C.o._ Date _6-21-_ Time _1625_

**Medical Personnel:**

Signed: _____ Date _____ Time _____

**Moving Officer:**

Signed: _C. Hadley_ Date _6-21-05_ Time _1821_

**Booking Clerk:**

Signed: _____ Date _6-21-05_ Time _1638_

PCPSC/DET #3-2003

DDR 000215



## POTTAWATOMIE COUNTY
## PUBLIC SAFETY CENTER

### Movement Order

File # _2291_

INMATE: _Travis Foote_ Booking _8392_

Has been ordered to move from Pod/ Bunk: _K4-1_ to Pod/ Bunk: _K2-1_

The following reason(s) for movement: _Mr. Foote is to remain chained to his bunk in his room at all times. The only exception is when he takes a shower when he takes his shower he is to be in Shackles, Cuffs, and belly chains Finger Foods only._

Requesting Officer:

Signed: _____ Date _____ Time _____

Supervisor/ Classification:

Signed: _Karen Jenkins c.o_ Date _7-5-05_ Time _1045_

Medical Personnel:

Signed: _____ Date _____ Time _____

Moving Officer:

Signed: _Johnnie Daniel_ Date _7-5-05_ Time _1130_

Booking Clerk:

Signed: _____ Date _7-5-05_ Time _1111_

PCPSC/DET #3-2003

DDR 000216

VOID → 2005-76

Jo lesh 7-6-05

RECEIVED
JUL 05 2005
Jail Inspection Program

Not A Complaint

# Pottawatomie County Public Safety Center
## Incident Report

CORRES FILE

Not A Complaint

Pott Co

| Incident Number | 522 | | Date | 7/2/2005 | Time | 23:21 |

| Officer in Charge | Corporal Melissa K. Osse |

**Inmates Involved**

| Fileld | Book # | Last Name | First Name |
| --- | --- | --- | --- |
| 4979 | 8545 | Carr | Kendall |
| 1009 | 8391 | Wade | Randy |

**Officers Involved**

| Last Name | First Name | Badge # | Rank |
| --- | --- | --- | --- |
| Osse | Melissa | C2 | Corporal |
| Hudlow | Charlie | D12 | Detention Off |
| Rushing | Ralph | D17 | Detention Off |
| Cooper | Tom | C3 | Corporal |
| Morton | Aenon | D11 | Detention Off |
| Heusdens | John | | Maintenance |
| Basham | Stacey | | Satellite Oper |
| Ortega | Sherry | Med3 | Medical Offic |

**Report**

On the night of July 2, 2005, at approximately 2321 hours, I was in booking with Officer Hudlow waiting to assist him with an inmate we were going to put in the restraint chair because of suicidal tendencies. I, Cpl Osse, heard Satellite Operator Stacey Basham come over the radio stating that Q-pod was flooding. It was about that time that the fire alarms were going off in the building. Officer Ortega and I ran out of booking with Officer Hudlow close behind. We got to the hall leading from West Satellite to East Satellite. Officers Hudlow and Rushing were getting into the supply closet to get the tasers. I waited on Inmate Laborer Randy Wade. Inmate Laborer and I ran to Central Control to get the key to go and shut the water off outside. When I got to Q-pod, the situation with Inmate Carr was handled, he was cuffed and seated at a table. I then proceeded to Q6 to search the cell before inmate laborers could clean it. I found one piece to the broken sprinkler head. Inmate Laborer Wade found another piece to the sprinkler head. When I was searching under Inmate Carr's mat, Inmate Laborer Wade was just beginning to clean out Q6 cell. I found a piece of plastic with what appeared to be a $20 rolled up inside. I left the piece of plastic the way I found it but confiscated it and put it in a ziploc baggie with the pieces of broken sprinkler head. Maintenance Heusdens had a chain place on the bunk of Q2 and Inmate Carr was placed in that cell with the chain around his leg.

| Inmates Taken to Hospital | |

| How were Inmates transported to Hospital | |

| Hospital Name | | Condition when sent to Hospita | |

| Date Sent | | Time | | | Date Returned | | Time | |

| Hospital Instructions | |

| Jail Inspection Notified | ☐ |

| Reporting Officer | Melissa K. Osse, Corporal |

*CPL Melissa K. Osse*
**Reporting Officer Signature**

7/3/05

PCPSCT Form 100

Sunday, July 03, 2005

Page 1 of 2

DDR 000098