# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN PROCTOR, et al.,            ) | |
|                                                       ) | |
|        Plaintiffs,            ) | |
|                                                       ) | |
| vs.                                                ) | Case No. CIV-07-654-M |
|                                                       ) | |
| POTTAWATOMIE COUNTY       ) | |
| BOARD OF COUNTY                  ) | |
| COMMISSIONERS,                    ) | |
|                                                       ) | |
|        Defendant.           ) | |

ENTER ORDER:

      A settlement conference was held this date in the above case. Plaintiffs Matthew Laney, Bobby Ashley and Lloyd Conover failed to appear. Court to enter a Certificate of Facts pursuant to 28 U.S.C. §636 regarding same. Plaintiff Kenneth Reinhart appeared by telephone, Plaintiff Robert Almon appeared in person and Plaintiff Tecumseh Martinez appeared through his mother Glenda Deere and by telephone. Bill Roberson and Cregg Webb appeared as lead trial counsel for Plaintiffs. Defendant Pottawatomie County Public Safety Center Trust appeared through its representative Ken Fulbright, Chairman of the Board of Trustees, and by lead trial counsel, Chris Collins and Ambre C. Gooch. Also appearing with Defendant is Denny Butler, Claims Representative of the Association of County Commissioners.

      The case settled and a 30 day administrative closing order will be entered.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

                                        ROBERT D. DENNIS, Clerk

                                        By: /s/ Debbie Bedolla

Dated: July 21, 2010
Copies to parties of record

cc:    Marcia Davis
        Kathy Spaulding, courtroom deputy