# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT ALMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-07-654-M |
| | ) |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is defendant's Motion to Dismiss with Prejudice as to Plaintiffs Ashley, Conover, and Laney, filed July 27, 2010. Plaintiffs Bobby Ashley, Lloyd Conover, and Matthew Laney have filed no response. Having carefully reviewed defendant's motion, and based upon plaintiffs Ashley, Conover, and Laney's failure to appear at the July 21, 2010 settlement conference, the Court GRANTS defendant's Motion to Dismiss with Prejudice as to Plaintiffs Ashley, Conover, and Laney [docket no. 115] and DISMISSES plaintiffs Ashley, Conover, and Laney's claims with prejudice.

**IT IS SO ORDERED this 19th day of August, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE